AO 91 (Rev. 11/11)  Criminal Complaint

# UNITED STATES DISTRICT COURT
for the
District of Massachusetts

| United States of America | ) |
|---|---|
| v. | ) |
| | ) Case No. |
| | ) 23-MJ-5115-JGD |
| FRANCISCO SEVERO TORRES | ) |
| | ) |
| | ) |
| *Defendant(s)* | |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.
On or about the date(s) of _____ March 5, 2023 _____ in the county of _____ Suffolk _____ in the
_____ District of _____ Massachusetts _____ , the defendant(s) violated:

| *Code Section* | *Offense Description* |
|---|---|
| 49 U.S.C. § 46504 | Being an individual on an aircraft in the special aircraft jurisdiction of the United States while onboard United Airlines Flight 2609 en route from Los Angeles, California, to Boston, Massachusetts, did commit interference and attempted interference with flight crew members and flight attendants using a dangerous weapon |

This criminal complaint is based on these facts:

See Affidavit of FBI Task Force Officer Thomas M. Menino, Jr.

☑ Continued on the attached sheet.

*Thomas M. Menino Jr.*

*Complainant's signature*

Thomas M. Menino, Jr., Task Force Officer, FBI

*Printed name and title*

Attested to by the applicant in accordance with the requirements of Fed. Crim. P. 4.1 by telephone.

Date: _____ 03/06/2023 _____

*Judith Gail Dein*

*Judge's signature*

City and state: _____ Boston, MA _____      U.S. Magistrate Judge Judith G. Dein

*Printed name and title*