JS 45  (5/97) - (Revised U.S.D.C. MA 3/25/2011)

**Criminal Case Cover Sheet**                                    **U.S. District Court - District of Massachusetts**

**Place of Offense:**              **Category No.**  __II__              **Investigating Agency**   __FBI__

**City**   __Boston__                        **Related Case Information:**

**County**   __Suffolk__                        Superseding Ind./ Inf. _____    Case No.   _____
                                          Same Defendant _____    New Defendant _____
                                          Magistrate Judge Case Number   __23-MJ-5115-JGD__
                                          Search Warrant Case Number   _____
                                          R 20/R 40 from District of   _____

**Defendant Information:**

Defendant Name   Francisco Severo Torres                        Juvenile:    ☐ Yes  ☑ No

          Is this person an attorney and/or a member of any state/federal bar:    ☐ Yes  ☑ No

Alias Name   _____

Address      (City & State)   Leominster, MA

Birth date (Yr only): __1990__  SSN (last4#): __7739__    Sex __M__      Race: _____    Nationality: _____

**Defense Counsel if known:**        Joshua Hanye              Address  Federal Public Defender's Office

**Bar Number**      _____                      51 Sleeper Street, 5th Floor
                                                         Boston, MA 02210

**U.S. Attorney Information:**

**AUSA**    Elianna J. Nuzum                        Bar Number if applicable    663354

**Interpreter:**     ☐ Yes   ☑ No        List language and/or dialect:   _____

**Victims:**     ☑ Yes  ☐ No   If yes, are there multiple crime victims under 18 USC§3771(d)(2)    ☐ Yes  ☑ No

**Matter to be SEALED:**     ☐ Yes   ☑ No

          ☑ Warrant Requested          ☐ Regular Process          ☑ In Custody

**Location Status:**

**Arrest Date**      _____

☑ Already in Federal Custody as of        03/05/2023        in   _____  .
☐ Already in State Custody at  _____    ☐ Serving Sentence    ☑ Awaiting Trial
☐ On Pretrial Release:   Ordered by:   _____    on   _____

**Charging Document:**     ☑ Complaint          ☐ Information          ☐ Indictment

**Total # of Counts:**     ☐ Petty ——— ☐ Misdemeanor ——— ☑ Felony   __1__

Continue on Page 2 for Entry of U.S.C. Citations

☑    **I hereby certify that the case numbers of any prior proceedings before a Magistrate Judge are
      accurately set forth above.**

Date:   03/06/2023        Signature of AUSA:  /s/ Elianna J. Nuzum

JS 45  (5/97)  (Revised U.S.D.C. MA 12/7/05) Page 2 of 2 or Reverse

**District Court Case Number**  (To be filled in by deputy clerk): _____

**Name of Defendant**      Francisco Severo Torres _____

### U.S.C. Citations

| | **Index Key/Code** | **Description of Offense Charged** | **Count Numbers** |
|---|---|---|---|
| Set 1 | 49 U.S.C. § 46504 | Interference and attempted interference with flight crew and flight attendants using a dangerous weapon | 1 |
| Set 2 | | | |
| Set 3 | | | |
| Set 4 | | | |
| Set 5 | | | |
| Set 6 | | | |
| Set 7 | | | |
| Set 8 | | | |
| Set 9 | | | |
| Set 10 | | | |
| Set 11 | | | |
| Set 12 | | | |
| Set 13 | | | |
| Set 14 | | | |
| Set 15 | | | |

**ADDITIONAL INFORMATION:** _____

USAMA *CRIM* - Criminal Case Cover Sheet.pdf  3/4/2013