

# Fitchburg Police Department
## Arrest Report

**Page: 1**
**03/08/2023**

**Arrest #:** ▮▮▮
**Call #:** ▮▮▮

```
Date/Time Reported:  04/15/2015 @ 1818
 Arrest Date/Time:   04/15/2015 @ 1845
Booking Date/Time:   04/15/2015 @ 1845

            OBTN:  TFIT201514189
           Court:  Fitchburg District Court
      Court Date:  04/16/2015 @ 1021
Reporting Officer:  Detective JEFFREY HURLEY
Assisting Officer:  POLICE OFFICER MIKE YANG
  Booking Officer:  Lieutenant KEVIN O'BRIEN
Approving Officer:  Lieutenant TIMOTHY MCDERMOTT

       Signature:  _____

       Signature:  _____
```

| # | DEFENDANT(S) | SEX | RACE | AGE | SSN | PHONE |
|---|---|---|---|---|---|---|
| 1 | TORRES, FRANCISCO S ▮▮▮ LEOMINSTER MA 01453 | M | W | 24 | ▮▮-7739 | ▮▮▮ |

```
Military Active Duty: N
            HEIGHT: 508      WEIGHT: 170       HAIR: BLACK    EYES: BROWN
              BODY: MEDIUM              COMPLEXION: DARK
               DOB: ▮▮/1990          PLACE OF BIRTH: ▮▮▮
    LICENSE NUMBER: MA ▮▮▮             ETHNICITY: NOT HISPANIC
```

_____[CONTACT INFORMATION]_____

```
          Home Phone        (Primary)      ▮▮▮
```

_____[APPEARANCE]_____

```
        GENERAL APPEARANCE: ORDERLY

            GLASSES WORN: NO
```

_____[FAMILY/EMPLOYMENT INFORMATION]_____

```
       MARITAL STATUS: SINGLE

        FATHER'S NAME: ▮▮▮
        MOTHER'S NAME: ▮▮▮

     EMPLOYER/SCHOOL: ENTREPRENUER
                      FITCHBURG MA 01420

          OCCUPATION: SELF EMPLOYED
```

GOVERNMENT EXHIBIT 5

Fitchburg Police Department
**Arrest Report**

**Arrest #:** ███████

**Call #:** ███████

| # | DEFENDANT(S) | SEX | RACE | AGE | SSN | PHONE |
|---|---|---|---|---|---|---|

_____[RIGHTS/BOOKING CHECKS]_____

```
        RIGHTS ADVISED BY: Lieutenant KEVIN M O'BRIEN        DATE/TIME:  04/15/2015 @ 1846
              PHONE USED: Y          PHONED DATE/TIME: 04/15/2015 @ 1846
        ARRESTEE SECURED: N  04/15/2015  1847
        ARRESTEE CELL #: 3

            FINGERPRINTED: Y
             PHOTOGRAPHED: Y
            SUICIDE CHECK: Not Performed
                  PERSONS: State&Federal
                WANTED BY: OFF HURLEY FOR ARMED ROBBERY
      NCIC VEHICLE CHECK: Not Performed
         INJURY OR ILLNESS: N
```

| # | OFFENSE(S) | | ATTEMPTED | TYPE |
|---|---|---|---|---|

```
LOCATION TYPE:  Restaurant/Cafeteria        Zone: Crew 1
FITCHBURG VARIETY/ MICHELE'S
938 WATER ST
FITCHBURG MA 01420
```

| 1 | **ASSAULT TO ROB, UNARMED** | | Y | Felony |
|---|---|---|---|---|

```
  265/20                  265      20 - ROBBERY
             OCCURRED: 04/15/2015   1818
     WEAPON/FORCED USED: Unknown
```

| # | VICTIM(S) | SEX | RACE | AGE | SSN | PHONE |
|---|---|---|---|---|---|---|
| 1 | ███████ | F | A | 33 | NOT AVAIL | ███████ |

```
DOB: ███████
INJURIES: None
ETHNICITY: Unknown
RESIDENT STATUS: Resident
VICTIM CONNECTED TO OFFENSE NUMBER(S): 1
RELATION TO: TORRES FRANCISCO                    Stranger
CONTACT INFORMATION:
Home Phone        (Primary)        ███████
```

| # | OTHER PROPERTIES | PROPERTY # | STATUS |
|---|---|---|---|
| 1 | **PHOTOS OF SCENE** | 15-572-PR | Evidence (Not Nibrs Reportable) |

```
   QUANTITY: 1            VALUE:
   SERIAL #: NOT AVAIL
      DATE: 04/15/2015
```

| 2 | **911 RECORDING** | 15-573-PR | Evidence (Not Nibrs Reportable) |
|---|---|---|---|

```
   QUANTITY: 1            VALUE:
   SERIAL #: NOT AVAIL
      DATE: 04/15/2015
```

Fitchburg Police Department
## Arrest Report

**Arrest #:** ▌▌▌▌▌▌▌

**Call #:** ▌▌▌▌▌▌▌

| # | OTHER PROPERTIES | PROPERTY # | STATUS |
|---|---|---|---|
| 3 | NOTE | 15-574-PR | Suspected |

QUANTITY: 1      VALUE: $1.00
SERIAL #: NOT AVAIL
DATE: 04/15/2015
OWNER: TORRES, FRANCISCO S

## ADDITIONAL ASSISTING OFFICERS

POLICE OFFICER FREDERICK LAKE

Ref: ████████████

Entered: 04/15/2015 @ 1944        Entry ID: 38
Modified: 04/15/2015 @ 2036      Modified ID: 38

On this date I booked a one Francisco Torres who was initially charged with Armed Robbery by Off Hurley.Francisco answered all the questions asked of him but it was my opinion that during this booking that he may be suffering from some type of Mental Illness in that he began talking about the Patriot Missle act,and asking if he looked like a Terrorist.He just did not seem to be normal to me,although he was very polite and totally cooperative. He made a phone call to his mother and at some point during the conversation he told his mother that earlier in the day he thought about suicide but did not elaborate,on the time or the means to carry it out.As a result of his comment the undersigned contacted ███████████ from CHL and he responded to speak with Francisco.When ███ went to speak with him he initially told me that his statement to his mom was just a joke and he meant nothing by it.███ then actually spoke to him in the cell as Francisco wanted to talk to him,so ███ conducted his interview with him.Off Hurley stood by with him.I also spoke with his mother and advised her of what had transpired as well. As a result of the totality of this event the charge of Armed Robbery should be dropped and the charge of Assault with intent to rob should probably be added,as actual violence is not a essential element of that charge,but physical intimidation is an element of said charge and there is no doubt that the victim was in fact intimidated by his actions.Francisco initially did not want to talk to Det Daigle but hen requested an hour later to talk to him so that he could tell him what really happened.At 2030 Det Daigle and Off Hurley spoke with Fransico███ form Chl also spoke with is mom about her son.

Ref: ████████████

Entered: 04/15/2015 @ 2156        Entry ID: 124
Modified: 04/15/2015 @ 2323       Modified ID: 124

On 4-15-15 at approxmately 6:20 PM Ofc. Bellofatto and I (Ofc. Hurley) responded to 938 Water St. (Fitchburg variety) for a report of a panic alarm, before my arrival dispatch advised they had a person on 911 from the store whispering to them. Ofc. Bellofatto arrived on scene first and advised over the radio that the suspect (Francisco Torres) had left the scene going outbound on Water St. he then advised he possibly located him at the intersection of Water St. at Wanoosnoc Rd. I arrived on scene and had my dept. handgun out by my side. Ofc. Bellofatto then gave verbal commands and I later placed Torres in handcuffs and he was placed in the rear of car #1. no firearm was located and the only weapon was a small pocket knife.

At this point Sgt. LeMay arrived on scene and Torres was transported back to the store for a show up. Once back at the store the store employee ████████ gave us a note that she stated the person gave her it said (I need a gun or credit.) (█ also spoke with other officers on scene see thier reports) Ofc. Bellofatto then advised █ of the show up procedure and Torres was brought from the rear of the cruiser, she immediately stated that it was him. At this point the decision that Torres would be placed under arrest and was transported to the station by Ofc. Bellofatto.

I then spoke more with █ she stated the male came into the store and was just looking for where the video cameras were located. She stated she was already concerned about this male and when another customers left the store she tried to signal him but it did not work. She stated once this customer left he put his hand in his pocket and approached the register area. She stated he wanted a pen and paper and he wrote out the note and gave it to her. She stated she saw the note and saw the word gun and hit her panic alarm as she believed she was being robbed. She stated she pretended that she did not under stand this and he started saying something like he wanted to do something to someone and that he wanted and /or had a gun. She stated as this was going on a couple other customers came in and Torres walked walked away from the counter. She stated she then called 911 and was whispering into the phone. She stated as more customers came in Torres left the store. █advised she was very nervous and believed Torres was trying to rob the store and that he did have a weapon.

Dt. Daigle arrived on scene and took photos and the owner of the store advised him he would make a copy of the store video for us. When I returned to the station Lt. O'Brien advised Torres may being having some mental health issues and he was speaking with ████████ from community health links.

I was advised by Lt o'Brien a more appropriate charge for Torres would be 265-20 assault with intent to rob

Note placed in evidence locker.

Ref: █████████████

Entered: 04/15/2015 @ 2203    Entry ID: 75
Modified: 04/15/2015 @ 2204    Modified ID: 75

**Fitchburg Police Department Case#** ████████████

**Re:   Unarmed Assault to Rob**

**Date: April 15, 2015**

**Location: 938 Water Street**

**Victim(s): Michele's Variety**

**Suspect(s): Francisco S. Torres**

On Monday April 15, 2015 at approximately 6:18 p.m. while assigned to the City of Fitchburg Police Department's Bureau of Criminal Investigations I, Detective David Daigle did become aware of a possible armed robbery at Michele's Variety located at 938 Water Street Fitchburg, Massachusetts.

At approximately 7:15 p.m. I received a telephone call from Sergeant Matthew Lemay regarding the details of the incident. Sergeant Lemay further stated that as a result of the investigation a male subject was apprehended in the area of Water and Wanoosnoc Road fitting the description given by the store employee. Sergeant Lemay stated that a "show up" was conducted with the subject and placed under arrest after the store employee made a positive identification. Sergeant Lemay informed me that he did not believe at this time there was a need for the Bureau of Criminal Investigations to respond.

At approximately 7:45 p.m. I did meet with Primary responding Officer Jeffrey Hurley at Michele's Variety located at 938 Water Street Fitchburg, Massachusetts to request that any and all video surveillance located within the establishment be secured. I also did take digital photographs of the exterior of the establishment and landscape to document the scene.

At approximately 8:41 p.m. I did attempt to conduct an audio recorded interview with the suspect Francisco Torres with regards to this incident inside a interview room, located within the City of Fitchburg Police Department. The interview was concluded at approximately 8:43 p.m. with Mr. Torres invoking his 5th amendment rights under Miranda.

All photographs taken of this scene were downloaded from the camera and transferred on to compact disk, labeled with property# **15-572-PR**. Camera memory was than erased and reformatted.

SUPPLEMENTAL NARRATIVE FOR POLICE OFFICER DANIEL K BELLOFATT

Ref: ███████████

Entered:  04/15/2015 @ 2105          Entry ID: 135
Modified: 04/15/2015 @ 2119          Modified ID: 135

On 4/15/15 just before 1820 hrs, I, Ofc. D. Bellofatto was in marked cruiser number 1. Dispatch then sent Ofc. Hurley and myself to a panic alarm at 938 Water Street (Fitchburg Variety). Dispatch then stated they had a female on the phone whispering that he was still in the store.

I arrived at that location and observed a female employee standing outside. I then asked what had happened and she stated he gave a note and is now heading down Water Street in a black shirt. I briefly looked at the note and observed what appeared to be the word 'gun' on it. She then stated he had said something about a gun.

I looked down Water Street and by the intersection of Water and Wanoosnoc I observed what appeared to be a male wearing a black shirt walking down the street. I pointed to him and asked was it him and she stated it was.

I then notified dispatch that he was walking outbound on Water Street and I was going to try to stop him. I got back into my cruiser and drove to the intersection and exited my cruiser. Due to the fact there was a report of a firearm involved in an armed robbery I perceived the threat to be a possible lethal situation so I did remove my departmental issued firearm and ordered the male to stop. I ordered him to turn around to face away from me and to place his hands on his head.

Ofc. Hurley arrived at this time. The male party, identified as Francisco Torres, was then instructed to his knees and proned out at which time he was handcuffed. He was then placed in the rear of my vehicle (#1).

Sgt. LeMay had me bring the suspect back to do a show up to the witness, ██████████ I then read the "show up instructions" on a hand held card. I then went back to my vehicle and removed TORRES from my cruiser. Ms. ███ was able to see him and then spoke to Ofc. Hurley. I looked at Ofc. Hurley and Sgt. LeMay and they indicated that he was the individual that passed the note.

I then brought TORRES in under arrest for Ofc. Hurley.

```
                  Fitchburg Police Department              Page: 1
      SUPPLEMENTAL NARRATIVE FOR POLICE OFFICER JEFFREY L HURLEY
      Ref:  ████████████

      Entered: 04/15/2015 @ 2254      Entry ID: 124
      Modified: 04/15/2015 @ 2315     Modified ID: 124
```

Suspect (Francisco Torres) went into Fitchburg variety and passed a note to the clerk stating he had or needed a gun. She stated she was in fear she was being robbed and hit her panic alarm. She stated Francisco also made statements about a having and or wanting a gun, she stated when other customers came in the store he walked away and she called 911 and Francisco left the store. See other officers reports for more information.

Ref: █████████████

Entered:  04/15/2015 @ 2306        Entry ID:  125
Modified: 04/15/2015 @ 2306        Modified ID:  125

On Wednesday, April 15, 2015, at about 1818hrs, while assigned to car 3.  I, Officer Yang responded to 938 Water Street to assist with a reported robbery.

Upon arrival, Officer Hurley and Officer Bellofatto had a male subject in custody at the intersection of Water Street and Wanoosnoc Road.

The subject was brought back for a show up.

While back at the store, I spoke to ███████████████ stated that the subject came into the store and during the encounter, the subject reached into his pant pocket and stated to her several times that he has a gun.

This information was passed on to Officer Hurley.

Refer to Officer Hurley's report for further.