# CRIMINAL DOCKET

| DOCKET NUMBER | NO. OF COUNTS | Trial Court of Massachusetts |
|---|---|---|
| 1516CR000650 | 1 | District Court Department |

| DEFENDANT NAME AND ADDRESS | DOB | GENDER | COURT NAME & ADDRESS |
|---|---|---|---|
| Francisco S Torres <br> ▮▮▮▮▮▮▮▮ <br> Leominster, MA 01453 | ▮▮▮1990 | Male | Fitchburg District Court <br> 100 Elm Street <br> Fitchburg, MA 01420 |
| | DATE COMPLAINT ISSUED <br> 04/16/2015 | | ***ARREST*** |
| | PRECOMPLAINT ARREST DATE <br> 04/15/2015 | INTERPRETER REQUIRED | |

## FIRST FIVE OFFENSE COUNTS

| COUNT | CODE | OFFENSE DESCRIPTION | | OFFENSE DATE |
|---|---|---|---|---|
| 1 | 265/20 | ASSAULT TO ROB, UNARMED c265 §20 | *Ammended to Assault (6/16/15) - LoConto, C* | 04/15/2015 |

| DEFENSE ATTORNEY | OFFENSE CITY/TOWN | POLICE DEPARTMENT |
|---|---|---|
| CPCS - $150.00 (A) | Fitchburg | Fitchburg PD |

| DATE & JUDGE | DOCKET ENTRY | DATE & JUDGE | FEES IMPOSED | |
|---|---|---|---|---|
| 4-16-15 <br> Mundell | ☒ Attorney appointed (SJC R. 3:10) <br> ☐ Atty denied & Deft. Advised per 211 D §2A <br> ☐ Waiver of Counsel found after colloquy | 4-16-15 <br> Mundell | Counsel Fee (211D § 2A¶2) $ 150.00 | ☐ WAIVED |
| | | | Counsel Contribution (211D § 2) $ | ☐ WAIVED |
| | Terms of release set: ☒ PR ☐ Bail <br> ☐ See Docket for special condition <br> ☐ Held (276 §58A) <br> Held w/out Bail pending Dangerous Hearing | | Default Warrant Fee (276 § 30¶1) $ | ☐ WAIVED |
| | | | Default Warrant Arrest Fee (276 § 30 ¶2) $ | ☐ WAIVED |
| 4-16-15 <br> Mundell | Arraigned and advised: <br> ☒ Potential of bail revocation (276 §58B) 5-6-15 Guzman <br> ☐ Right to bail to review (276 §58) <br> ☐ Right to drug exam (111E § 10) <br> ☐ Inquiry made by Court under 276 § 56A | | Probation Supervision Fee (276 § 87A) $ | ☐ WAIVED |
| | | | Bail Order Forfeited | |
| | | | **Advised of right to jury trial:** <br> ☐ Waiver of jury found after colloquy <br> ☐ Does not waive | |
| | Abuse Allegation: <br> ☐ C276 § 56A form filed by Commonwealth <br> ☐ Allegation of abuse under C276 § 56A found <br> ☐ No allegation of abuse under C276 § 56A found | | Advised of trial rights as pro se (Dist. Ct. Supp.R.4) | |
| | | | Advised of right of appeal to Appeals Ct. (M.R. Crim P.R. 28) | |

## SCHEDULING HISTORY

| NO. | SCHEDULED DATE | EVENT | RESULT | JUDGE | TAPE START/STOP |
|---|---|---|---|---|---|
| 1 | 04/16/2015 | Arraignment | ☒ Held ☐ Not Held but Event Resolved ☐ Cont'd | Mundell | |
| 2 | 4-16-15 | Dang hearing | ☐ Held ☐ Not Held but Event Resolved ☒ Cont'd | LoConto | |
| 3 | 4-17-15 | Dang Hear | ☒ Held ☒ Not Held but Event Resolved ☐ Cont'd | LoConto, C | |
| 4 | 5-6-15 | Further Arr/SRE | ☒ Held ☐ Not Held but Event Resolved ☐ Cont'd | Guzman | |
| 5 | 6-16-15 | PCH | ☐ Held ☒ Not Held but Event Resolved ☐ Cont'd | LoConto, J. | |
| 6 | 9-3-15 | motion | ☒ Held ☐ Not Held but Event Resolved ☐ Cont'd 2:00 P.M. | Mandell | start: 3:12 P.m. |
| 7 | 10-22-15 | Decision on motion | ☐ Held ☐ Not Held but Event Resolved ☐ Cont'd | | |
| 8 | | | ☐ Held ☐ Not Held but Event Resolved ☐ Cont'd | | |
| 9 | | | ☐ Held ☐ Not Held but Event Resolved ☐ Cont'd | | |
| 10 | | | ☐ Held ☐ Not Held but Event Resolved ☐ Cont'd | | |

## APPROVED ABBREVIATIONS

ARR = Arraignment   PTH = Pretrial hearing   DCE = Discovery compliance & jury selection   BTR = Bench trial   JTR = Jury trial   PCH = Probable cause hearing   MOT = Motion hearing   SRE = Status review
SRP = Status review of payments   FAT = First appearance in jury session   SEN = Sentencing   CWF = Continuance-without-finding scheduled to terminate   PRO = Probation scheduled to terminate.
DFTA = Defendant failed to appear & was defaulted   WAR = Warrant Issued   WARD = Default warrant issued   WR = Warrant or default warrant recalled   PVH = probation revocation hearing.

| A TRUE COPY ATTEST: | CLERK-MAGISTRATE / ASST CLERK <br> X | TOTAL NO. OF PAGES | ON (DATE) |
|---|---|---|---|

Date/Time Printed: 04-16-2015 09:39:42

‖‖‖‖‖‖‖‖‖‖ 1234567890

GOVERNMENT EXHIBIT 6

Version 2.0 - 11/06

# CRIMINAL DOCKET - OFFENSES

| DEFENDANT NAME | DOCKET NUMBER |
|---|---|
| Francisco S Torres | 1516CR000650 |

## COUNT / OFFENSE

**1   ASSAULT TO ROB, UNARMED c265 §20**

6/16/15 (LoConto, C.) Ammended to Assault

**DISPOSITION DATE AND JUDGE**  10-22-15  LoConto.C.

### DISPOSITION METHOD

☐ Guilty Plea or ☐ Admission to Sufficient Facts accepted after colloquy and 278 §29D warning
☐ Bench Trial
☐ Jury Trial
☑ Dismissed upon:
  ☑ Request of Commonwealth ☐ Request of Victim
  ☐ Request of Defendant    ☐ Failure to prosecute
  ☐ Other:
☐ Filed with Defendant's consent
☐ Nolle Prosequi
☐ Decriminalized (277 §70 C)

| FINE/ASSESSMENT | SURFINE | COSTS | OUI §24D FEE | OUI VICTIMS ASMT |
|---|---|---|---|---|
| HEAD INJURY ASMT | RESTITUTION | V/W ASSESSMENT | BATTERER'S FEE | OTHER |

### SENTENCE OR OTHER DISPOSITION

☐ Sufficient facts found but continued without a finding until:
☐ Defendant placed on probation until:
  ☐ Risk/Need or OUI      ☐ Administrative Supervision
☐ Defendant placed on pretrial probation (276 §87) until:
☐ To be dismissed if court costs / restitution paid by:

### FINDING

☐ Guilty            ☐ Not Guilty
☐ Responsible       ☐ Not Responsible
☐ Probable Cause    ☐ No Probable Cause

### FINAL DISPOSITION | JUDGE | DATE

☐ Dismissed on recommendation of Probation Dept.
☐ Probation terminated: defendant discharged
☐ Sentence or disposition revoked (see cont'd page)

---

## COUNT / OFFENSE

**DISPOSITION DATE AND JUDGE**

### DISPOSITION METHOD

☐ Guilty Plea or ☐ Admission to Sufficient Facts accepted after colloquy and 278 §29D warning
☐ Bench Trial
☐ Jury Trial
☐ Dismissed upon:
  ☐ Request of Commonwealth ☐ Request of Victim
  ☐ Request of Defendant    ☐ Failure to prosecute
  ☐ Other:
☐ Filed with Defendant's consent
☐ Nolle Prosequi
☐ Decriminalized (277 §70 C)

| FINE/ASSESSMENT | SURFINE | COSTS | OUI §24D FEE | OUI VICTIMS ASMT |
|---|---|---|---|---|
| HEAD INJURY ASMT | RESTITUTION | V/W ASSESSMENT | BATTERER'S FEE | OTHER |

### SENTENCE OR OTHER DISPOSITION

☐ Sufficient facts found but continued without a finding until:
☐ Defendant placed on probation until:
  ☐ Risk/Need or OUI      ☐ Administrative Supervision
☐ Defendant placed on pretrial probation (276 §87) until:
☐ To be dismissed if court costs / restitution paid by:

### FINDING

☐ Guilty            ☐ Not Guilty
☐ Responsible       ☐ Not Responsible
☐ Probable Cause    ☐ No Probable Cause

### FINAL DISPOSITION | JUDGE | DATE

☐ Dismissed on recommendation of Probation Dept.
☐ Probation terminated: defendant discharged
☐ Sentence or disposition revoked (see cont'd page)

---

## COUNT / OFFENSE

**DISPOSITION DATE AND JUDGE**

### DISPOSITION METHOD

☐ Guilty Plea or ☐ Admission to Sufficient Facts accepted after colloquy and 278 §29D warning
☐ Bench Trial
☐ Jury Trial
☐ Dismissed upon:
  ☐ Request of Commonwealth ☐ Request of Victim
  ☐ Request of Defendant    ☐ Failure to prosecute
  Other:
☐ Filed with Defendant's consent
☐ Nolle Prosequi
☐ Decriminalized (277 §70 C)

| FINE/ASSESSMENT | SURFINE | COSTS | OUI §24D FEE | OUI VICTIMS ASMT |
|---|---|---|---|---|
| HEAD INJURY ASMT | RESTITUTION | V/W ASSESSMENT | BATTERER'S FEE | OTHER |

### SENTENCE OR OTHER DISPOSITION

☐ Sufficient facts found but continued without a finding until:
☐ Defendant placed on probation until:
  ☐ Risk/Need or OUI      ☐ Administrative Supervision
☐ Defendant placed on pretrial probation (276 §87) until:
☐ To be dismissed if court costs / restitution paid by:

### FINDING

☐ Guilty            ☐ Not Guilty
☐ Responsible       ☐ Not Responsible
☐ Probable Cause    ☐ No Probable Cause

### FINAL DISPOSITION | JUDGE | DATE

☐ Dismissed on recommendation of Probation Dept.
☐ Probation terminated: defendant discharged
☐ Sentence or disposition revoked (see cont'd page)

---

| DATE | DOCKET ENTRIES |
|------|----------------|
| 4-16-15 | Matter continued to 4/17/15 for Dangerous Hearing and Competency Evaluation ( hoConto )<br>- Upon the Request of Defense Counsel, the Court continued the matter to 4/17/15 for a competency evaluation under c. 123 § 15 (a); Court continued Dangerous Hearing to 4/21/15 (hoContos J) |
| 4-17-15 | Court conducted a hearing under 15A, in which it was the recommendation of the evaluator, that ∆ be committed to the Worcester Recovery Center for further evaluation under 15B. The Court adopted the evaluator's recommendation and committed the ∆ to the Worcester Recovery Center for a 15B evaluation; Defendant released and Commonwealth's requests under 58A preserved; Matter continued to 5/6/15 for further arraignment and status on the 15B evaluation |
| 5-6-15 | start 12:45 - main ctrm. - deft. found to be competent to stand trial. Dangerousness hearing held - found to be dangerous but not held - released on conditions:<br>- No drugs or alcohol except prescribed meds<br>- Mental health treatment plan + take meds recommended |
| 6-16-15 | Comm's motion to amend to Assault (Guzman) is allowed.        (Lo Conto, J.) |
| 9/1/15 | Motion to Dismiss filed |
| 9-3-15 | Motion hearing heard - main ctrm - start: 3:12 P.m. - under advisement. |
| 9/15/15 | A REVIEW OF THE PAPERS PERSUADES (Mandell) ME THAT WHILE THE DEFENDANT'S BEHAVION |

**APPROVED ABBREVIATIONS**
ARR = Arraignment   PTH = Pretrial hearing   DCE = Discovery compliance & jury selection   BTR = Bench trial   JTR = Jury trial   PCH = Probable cause hearing   MOT = Motion hearing   SRE = Status review
SRP = Status review of payments   FAT = First appearance in jury session   SEN = Sentencing   CWF = Continuance-without-finding scheduled to terminate   PRO = Probation scheduled to terminate
DFTA = Defendant failed to appear & was defaulted   WAR = Warrant Issued   WARD = Default warrant issued   WR = Warrant or default warrant recalled   PVH = probation revocation hearing.

 

| CRIMINAL DOCKET<br>DOCKET ENTRIES | DEFENDANT NAME<br>Francisco S Torres | DOCKET NUMBER<br>1516CR000650 |
|---|---|---|

| DATE | DOCKET ENTRIES |
|---|---|
| 9/15/15 | WAS CLEARLY INAPPROPRIATE, THE FACTS ALLEGED EVEN TAKEN AS TRUE, DO NOT SUPPORT THE CRIME AS CHARGED. MOTION ALLOWED. (Marshall) NOTIFIED PARTIES |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |

**APPROVED ABBERIVATIONS**
ARR = Arraignment   PT= Pretrial hearing   CE = Discovery compliance & jury selection   T = Bench trial   JT = Jury trial   PC = Probable cause hearing M = Motion hearing   SR= Status review
SRP = Status review of payments   FA = First appearance in jury session   S = Sentencing   CW = Continuance-without-finding scheduled to terminate   P = Probation scheduled to terminate
DFTA = Defendant failed to appear & was defaulted   WAR = Warrant Issued   WARD = Default warrant issued   WR = Warrant or default warrant recalled   PR = probation revocation hearing

