

**Incident #:** ████████
**Call #:** ████████

Date/Time Reported: 07/30/2021 1941
Report Date/Time: 07/30/2021 2110
Occurred Between: 07/30/2021 1941-07/30/2021 2010
Status: No Crime Involved

Reporting Officer: Patrol Tyler LaBell
Approving Officer: Lieutenant Richard Kinney

Signature: _____

Signature: _____

| # | INVOLVED | SEX | RACE | AGE | SSN | PHONE |
|---|----------|-----|------|-----|-----|-------|
| 1 | **TORRES, FRANCISCO SEVERO** | M | W | 31 | ████-7739 | ████-0994 |

784 MAIN ST
LEOMINSTER MA 01453

Military Active Duty: N
BODY: NOT AVAIL.                    COMPLEXION: NOT AVAIL.
DOB: ████/1990               PLACE OF BIRTH: KEY WEST, FL
LICENSE NUMBER: MA ███████        ETHNICITY: HISPANIC
PCF #: ███████

_____[CONTACT INFORMATION]_____

Home Phone          (Primary)      ███████
Home Phone          (Primary)      ███████

_____[APPEARANCE]_____

GLASSES WORN: NO

| ALIAS LAST NAME | FIRST NAME | MIDDLE NAME | SSN | DOB | GENDER |
|-----------------|------------|-------------|-----|-----|--------|
| TORRES | FRANCISCO | | NOT AVAIL | ████/1990 | NOT AVAIL |

_____[FAMILY/EMPLOYMENT INFORMATION]_____

MARITAL STATUS: SINGLE
FATHER'S NAME: ███████
MOTHER'S NAME: ███████

OCCUPATION: UNEMPLOYED

| # | EVENTS(S) |
|---|-----------|

LOCATION TYPE: Residence/Home/Apt./Condo        Zone: PT3
███████

LEOMINSTER MA 01453

1    SECTION 12

GOVERNMENT
EXHIBIT

11

Incident #: ███████
Call #: ███████



| # | PERSON(S) | PERSON TYPE | SEX | RACE | AGE | SSN | PHONE |
|---|-----------|-------------|-----|------|-----|-----|-------|
| 1 | ███████ | PARENT | F | W | █ | ********** | ███████ |

LEOMINSTER MA 01453
DOB: **********

CONTACT INFORMATION:
Home Phone        (Primary)    ███████
Home Phone

Attachments for ███████

| Description | Type |
|-------------|------|
| SECTION 12 | PDF |
| Attachment#: 9F24C416C32C4866BB6D6471A68B79C7 | |

**Leominster Police Department**                    **Page: 1**

**NARRATIVE FOR PATROL TYLER S LABELL**

Ref: ███████████

Entered: 07/30/2021 @ 2115          Entry ID: 0233
Modified: 07/30/2021 @ 2215          Modified ID: 0211
Approved: 07/31/2021 @ 1738          Approval ID: 0127

On the above date and time and time, I was dispatched to ███████████ for a male who was yelling homicidal threats out of the window. Dispatch stated we have dealt with the male, later identified as Mr. Francisco Torres recently for mental health issues.

Upon arrival, I met ███████████████ the mother who had called us. ████████ stated that her son Francisco has been yelling at her and out of the window towards the neighbors. ████████ stated that Francisco is not prescribed medication at this time and does not know what to do. ████████ stated she is scared with him in the house. I went to speak with Francisco. Francisco began yelling and making comments about being in World War 3. Francisco stated he had an electronic device that gave him super sonic hearing and he could hear his neighbors talking about him. Francisco was also saying we all are out to get him. Francisco stated that we work for Gestapo. I allowed Francisco to get out what he wanted to say until he took a break which was about five minutes later. Once Francisco took a break, I showed concern for the things that bothered him, and began to just have a normal conversation with him. For a few questions, I was able to obtain normal answers. Then he would go off on a tangent again and state his mother was just a person who lives with him and looks like him. Ofc. Crawford and a clinician ███████████ were on scene and spoke with Francisco. Francisco continued to say things that did not make sense. After we were on scene talking with Francisco for about a half hour, we were able to de-escalate the situation. I was able to convince Francisco to go to the Hospital. While walking out of the house Francisco made a comment towards ████████ that she would end up dead or in jail because of WW3.

Francisco got into the ambulance and went to the Hospital without issue. At the Hospital I filled out a section 12 for his homicidal comments. Attached to this report is a copy of the section 12.

Nothing Further.

Respectfully Submitted,
Ofc. LaBell