Pro Se 1 (Rev. 12/16) Complaint for a Civil Case

## UNITED STATES DISTRICT COURT
for the

District of

Division

FILED IN CLERKS OFFICE

DEC 12 '22 PM 12:09 USDC MA

Francisco Severo Torres

_Plaintiff(s)_

(Write the full name of each plaintiff who is filing this complaint.
If the names of all the plaintiffs cannot fit in the space above,
please write "see attached" in the space and attach an additional
page with the full list of names.)

-v-

Case No. ___4049___

_(to be filled in by the Clerk's Office)_

Jury Trial: (check one)  ☒ Yes   ☐ No

Fuller Hospital (Patient Decision Board)

_Defendant(s)_

(Write the full name of each defendant who is being sued. If the
names of all the defendants cannot fit in the space above, please
write "see attached" in the space and attach an additional page
with the full list of names.)

## COMPLAINT FOR A CIVIL CASE

## I.    The Parties to This Complaint

### A.    The Plaintiff(s)

Provide the information below for each plaintiff named in the complaint. Attach additional pages if
needed.

| | |
|---|---|
| Name | FRANCISCO SEVERO TORRES |
| Street Address | ▮▮▮▮▮▮▮▮▮ |
| City and County | Leominster, U.S.A. |
| State and Zip Code | MA. 01453-1933 |
| Telephone Number | ▮▮▮▮▮▮▮▮▮ |
| E-mail Address | |

**GOVERNMENT
EXHIBIT

12**

Page 1 of 6

S of 12   C o f 29

Pro Se 1 (Rev. 12/16) Complaint for a Civil Case

**B.     The Defendant(s)**

an

Provide the information below for each defendant named in the complaint, whether the defendant is individual, a government agency, an organization, or a corporation.  For an individual defendant, include the person's job or title *(if known)*.  Attach additional pages if needed.

Defendant No. 1

| | |
|---|---|
| Name | *Faller Hospital (parties involved;* |
| Job or Title *(if known)* | *The Patient Decition Board)* |
| Street Address | *200 May St.* |
| City and County | *Attleboro    U.S.A* |
| State and Zip Code | *MA     02703* |
| Telephone Number | *508-761-8500* |
| E-mail Address *(if known)* | |

Defendant No. 2

| | |
|---|---|
| Name | |
| Job or Title *(if known)* | |
| Street Address | |
| City and County | |
| State and Zip Code | |
| Telephone Number | |
| E-mail Address *(if known)* | |

Defendant No. 3

| | |
|---|---|
| Name | |
| Job or Title *(if known)* | |
| Street Address | |
| City and County | |
| State and Zip Code | |
| Telephone Number | |
| E-mail Address *(if known)* | |

Defendant No. 4

| | |
|---|---|
| Name | |
| Job or Title *(if known)* | |
| Street Address | |
| City and County | |
| State and Zip Code | |
| Telephone Number | |

Pro Se 1 (Rev. 12/16) Complaint for a Civil Case

---

E-mail Address *(if known)* _____

## II.    Basis for Jurisdiction

Federal courts are courts of limited jurisdiction (limited power).  Generally, only two types of cases can be heard in federal court: cases involving a federal question and cases involving diversity of citizenship of the parties.  Under 28 U.S.C. § 1331, a case arising under the United States Constitution or federal laws or treaties is a federal question case.  Under 28 U.S.C. § 1332, a case in which a citizen of one State sues a citizen of another State or nation and the amount at stake is more than $75,000 is a diversity of citizenship case.  In a diversity of citizenship case, no defendant may be a citizen of the same State as any plaintiff.

What is the basis for federal court jurisdiction? *(check all that apply)*

☒ Federal question          ☐ Diversity of citizenship

Fill out the paragraphs in this section that apply to this case.

### A.    If the Basis for Jurisdiction Is a Federal Question

that

List the specific federal statutes, federal treaties, and/or provisions of the United States Constitution that are at issue in this case.  The 8th Amendment of the United States Constitution.

---

### B.    If the Basis for Jurisdiction Is Diversity of Citizenship

1.    The Plaintiff(s)

a.    If the plaintiff is an individual
The plaintiff, *(name)* _____ , is a citizen of the
State of *(name)* _____ .

b.    If the plaintiff is a corporation
The plaintiff, *(name)* _____ , is incorporated
under the laws of the State of *(name)* _____ ,
and has its principal place of business in the State of *(name)*

_____ .

Pro Se 1 (Rev. 12/16) Complaint for a Civil Case

*(If more than one plaintiff is named in the complaint, attach an additional page providing the same information for each additional plaintiff.)*

2.      The Defendant(s)

a.      If the defendant is an individual

The defendant, *(name)* _____, is a citizen of the State of *(name)* _____ . Or is a citizen of *(foreign nation)* _____ .

b.      If the defendant is a corporation

The defendant, *(name)* _____, is incorporated under the laws of the State of *(name)* _____ , and has its principal place of business in the State of *(name)* _____ . Or is incorporated under the laws of *(foreign nation)* _____ , and has its principal place of business in *(name)* _____ .

*(If more than one defendant is named in the complaint, attach an additional page providing the same information for each additional defendant.)*

3.      The Amount in Controversy

The amount in controversy—the amount the plaintiff claims the defendant owes or the amount at stake—is more than $75,000, not counting interest and costs of court, because *(explain)*:

_____

III.    Statement of Claim

Write a short and plain statement of the claim. Do not make legal arguments. State as briefly as possible the facts showing that each plaintiff is entitled to the damages or other relief sought. State how each defendant was involved and what each defendant did that caused the plaintiff harm or violated the plaintiff's rights, including the dates and places of that involvement or conduct. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.

I, Francisco Severo Torres, Pro Se, here by legally claim the following:

1. Fuller Hospital's Treatment Team, and the rest of the Defendant(s) referenced in the claim(s), who handled my case at Fuller Hospital were spiritually / religiously discriminatory (discriminatory) and negligent.

2. I legally claim that, My Vegan requirements on a dietary, and spiritual level, were religiously discriminated against.

3. Therefore, I legally claim that, I am suing The Defendant(s) {I only know the name, of one of, The Defendant(s))}} for all legal claim(s), based on the initial action, and the failure to correct the action throughout my stay.

4. I legally claim that, I require pain and suffering compensation in the amount of: $30,000,000.00 USD - $500,000,000.00 USD  from the Hospital (Fuller) who employs them.

   a.  Seeing that, they had time to correct the matter (about 37-38 days), from the first incident on the first day, all the way through, to the last day, where the legally claimed religious discrimination, and negligence; was still happening [all the time, based on food denial, all legal claim(s)], first day-the last].

5. I am legally claiming that, The Defendant(s) did not correct the problem, or even attempt to the entire time.

6. I legally claim that, and I request that the employees be held accountable for their actions with whatever punishment fits the legal claim(s) made.

   a. And that the Hospital {see full list for legal claim(s)} settles the requested damages with me [by any money relocation method(s) necessary].

7. I legally claim that, All of the Defendants(s) who worked with my case, if even only once, and knew that I was legally claiming religious discrimination and neglect: As I threatened to sue the Defendant(s), as soon as my request(s) were denied, and not until after the first 5 legally claimed direct sabotages of my diet.
 a. This was done by serving me Non-Vegan food, labeled and claimed to be Vegan, by the Staff members who served it to Me on those occasions.

8. I legally claim that, the rate of gossip in a work place (Applied to Fuller Hospital), multiplied by the rarity of My 'Self' [diet and spirituality], divided by the the probability of human error (gossip, and abuse of power [intentionally, unintentionally, or under order(s) to]) holds all the Defendant(s) of Fuller Hospital, and every Defendant(s), based upon the amount of time served, responsible.

   a.  But, only if, they did not stand up for Me.
   b.  It would hold Whoever, among them, responsible for my legal claim(s) against The Defendant(s') representative monetary resources... for such matters.. to correct this matter.

( G of 25

9. I am legally claiming that, I told upwards of 30 staff member(s), [at least six of that number were all different nurses] that, I was deficient in Vegan protein(s) and fat(s) by sixty to seventy grams a day, and 2.5-4.5oz (fat(s))

    a. And, that, it was making me sick (with inflammation, pain, nausea, and eventually weight gain).
    b. I legally claim that, I mentioned it (sickness), also because of a "drastic lack of balance in  my diet".
    c. And, because my needs were unmet for so long  (2nd -3rd week).
    d.  This was to one pair of over night Defendant(s) [2 Women, offered me Advil, I refused].
    e. It was on one of those, 2-3 nights ^ that I woke up with, an extreme inflammation attack to my feet and a point down from my shins(¼).

10. I legally claim that these are all symptoms of health risk{bodily function([']s) levels of: dietary deficiencies / starvation / malnourishment.

11. I legally claim that, the defendant(s) involved, should have resigned... with any knowledge of the pain, and suffering, that I was being subjected to.

12. I legally claim that, the legal    claim(s) were a form of torture, on / to a non-specific level.

13. I am legally claiming that, dietary discrimination is also spiritual / religious discrimination, and negligence by the Defendant(s).

14. I am legally claiming that I went into the situation as a triathlete trainer, (1st yr.):
a. That, I mentioned it to the staff, and I legally claim that it was ignored along with My need for My health(care)-level- acknowledgment of My lack of time for community time.
b.I legally claim that, all Doctors will legally claim that food intake can effect overall health, for the worse, rather  than the better (applied to my legal claim(s)).

15. I am legally claiming that, the hinderance of my release was based on (14 ^community time).
    a. So I am legally claiming that, this is connected to my overall legal claim(s) as well.

16. I legally claim that, I implemented a similar program of isometric exercises to mirror / replace my cardiovascular training.
a. Which took an extra 1.5-2 hours a day to do.

17. I legally claim that, my actions (16) were done based upon the knowledge of how important it is to do this; in order to avoid a serious cardiovascular risk (damage), of not training on the same level, especially when one is detained, incarcerated, or quarantined.

18. I legally claim that, I stated this information to almost every staff member I came across, (most of the staff encountered, 20-25)  even verbalized something about it [plain mentions, some positivity, some impression], at least once.

19. I legally claim that, (18, statements, about, [17,16]), supports my legal claim(s) of negligence, and religious discrimination.

20. I legally claim that, I worked out, and stretched in my room only.

11 of 29

21. I legally claim that my room is where they would be running checks, and, just like in all the other patients' rooms, checks were almost every 10-15 minutes or less.

22. I also legally claim that, The Defendant(s) are responsible for the overall outcome, because nothing was done to correct my legally claimed dietary deficiency verbally in or out of dietary / (dietitians') council(2) as well.

23. I legally claim that the Treatment Team, the staff involved, and the Hospital (Defendant[s]) all failed to stand up for my Religious Liberty.

   a. As, it ^^ is guaranteed by The First Amendment of The US Constitution as well.

24. I legally claim that, My use and scripting of the term "Defendant(s)" covers the possibility that only the Person in charge of the entire program at / of Fuller Hospital is guilty of My legally claimed neglect / religious-spiritual discrimination, or any number of Defendant(s) that it may apply to.

a. And, or even if, it was an off Site {decision / Group {sing. pl.}.

25. I legally claim that, I made a food list of approved foods, that would suffice my need(s).

26. I legally claim that I have evidence (documents and journals), that proves this legal claim as a whole.

27. I legally claim that My Vegan birthdate is 04-09-2019.

28. I legally claim that, I have been keeping a workout / diet  (calories, sugars, salts, fats, saturated fats, and protein) / oz intake [{food scale, all food and drink}]] / body weight checks #body scale, 5-6 times a day# journal ^since mid-winter to early spring of 2016.

   a.   I legally claim that, I physically have all of those notebooks, "journals", for proof of work, and or evidence.

29. I legally claim that, The Defendant(s) knew this through verbal legal claim(s) and daily routine(s).(26)
a. I legally claim that, I verbally legally claimed that I was my own defense attorney (Pro Se) [both Hospitals]
b. I proceeded to defend myself, but, an Esquire *was* offered, and sent to summarize the possible outcomes, and charges ( but not until the same day, 5 minutes or less, before the time slot in Court.

30. I legally claim that, the level of knowledge that The Defendant(s) had about this situation, may have differed among them.

   a. I also legally claim that, without defending my case, they, (The Defendant(s) are as equally responsible as the next Defendant(s).

31. I legally claim that, the list (23), was ignored, even though a copy of it was claimed to be in my file by representatives of the Hospital.

12 of 29

a. As, I had the Defendant(s) copy: multiple requests, statements to defend my name, and documents to state my needs.
b. These hand written record(s) were said to be kept in my files as a means of an official documentation; or record.
c. That was my intention (b).

32. I legally claim that, in My intake meeting with Dr. ████████ Psychiatrist (where everything about Your basic needs / allergies, and who You are to Yourself (religion, nicknames) are talked about; that is when I stated, what is mentioned, about my spiritual beliefs, and strict dietary restrictions.

33. I legally claim that the member of the treatment team who I only knew only as "Dr. ████████ Title: Physiatrist" was negligent and discriminatory, towards my, as I will call them, "Vegan Rights".
a. As, I now ask that the court acknowledges, to Myself, and the Court, the meaning of term of 'Vegan Rights' be defined as the protection / strict dietary requirements, and individual spirituality, just as if it was Religious Liberty.

34. I legally claim that, My 'Vegan Rights' are My religious rights.

35. I legally claim that, the Defendant(s) are also guilty of negligence, due to the violation of my diet, to a level of a form of starvation / deprivation.

36. I legally claim that, the Defendant(s) gave me no choice and forced me to supplement my diet with Honey Grams which are not Vegan, wheat products (violated gluten free request) [due to a lack of supplies and variety] and processed sugar products, which are processed with Cow or Steer bones. If I did not violate my religious beliefs, I could have died based on scientific fact.

37. I legally claim that, my spirituality was not shook by (36).

a. I legally claim that, the Defendant(s) would have made me suffer, no matter what path I chose.

38. I legally claim that, my opposition to non-Veganism, and My Self, accepted the sacrifice made by the Cows, and or Steers used to make the white sugar that kept me alive.

39. I legally claim that (36) was based upon the Self revelation that, They (Non -Vegans) could get away with killing Animals, but I could not let them get away with killing me [the Defendant(s)].

40. I legally claim that, with the attitude / action(s) that the Defendant(s) were displaying, I deducted that, I would have had Non- Vegan food put into a feeding tube if it came to that.

a. I legally claim that, I did it to avoid the risk of a "non compliance" and to shorten my stay.
b. And, in honor of all the caged Generations of slaughtered Families of innocent Animals. Who, are still dying today, and every day, until people stop killing them, wild or not.

41. I legally claim that I have never been suicidal, or homicidal.

42. I legally claim that, based off of what I told Dr. ███████ that, "my diet ties directly into my spirituality" and, that I practice Aparigraha, and Ahimsa, which is non attachment^, which I view as non-violent (individual spirituality) and, that is how I explained it to the doctor.

a. because I was being detained for charges that they never made clear to me to this day.

b. I believe they mentioned attempted murder at one point. My legal claim on that matter is, that they did not tell me with what my detention was over and or about.

c. The Defendant(s) legally claimed in my (legal verbal request(s) (6-10) for an off site hearing) actual hearing [canceled the day of the day before] that they were trying to make Me a Ward of the Facility.

43. I legally claim that, I applied both Aparigraha and Ahimsa, to all of my legal claims.

44. I legally claim that, this (42) is part of my religious discrimination, and negligence claim(s) against The Defendant(s).
a. Ahimsa literally means non violence, so, again, I was using it to state my case to the Doctor at the intake appointment.

45. I legally claim that, the prosecution, and it's investigators, violated my 4th amendment rights at my court decision with / to the judge (by referencing a dream defense exercise against evil entities no matter what form they take, written on a white board).

   a.   they presented it as evidence, and the Judge still agreed that I be held captive, even though I legally claimed (to the Judge {Her}) it violated my Fourth Amendment right(s).

   b.   Because My Room (location of white board), has a latch with a lock (interior), plus, it is my only personal space seeing that, I am still technically homeless (18 years old -present day). b.And, because, it was a dream defense exercise (scientific).

46. I legally claim that, this language that I used (42, 43, 44), was to also explain to the Defendant(s) about why it was so important that My Vegan diet could not be compromised, and the importance of balance of diet.

47. I legally claim that, the Defendant(s) intentionally served me Cow Butter on 2 occasions (the same side dish twice for one individual dinner).

a. Which, I may have viewed as a mistake at first, but they also had me quarantined from using the cafeteria, as part of 'new patient protocol', in which, cafeteria rights, are only awarded to patients based on an ok from the patient's treatment team.

b. But, what I'm about to explain next, makes me legally claim that this was also part of the Defendant(s') violations of my 'Vegan Rights'.

48. I legally claim that, the Defendant(s) where intentionally negligent, and, or, spiritually discriminatory, and that they fully intended and conspired against me [see claims], by serving me Udi's bread product(s).

a. The Defendant(s) called, and even labeled them "Vegan" [with "Vegan" written for 3 different meals, {Udi's}, %3 space to go container(s). I could not tell that they were not Vegan. But, my digestive system suffered from congestion.

49. I legally claim that, I legally claimed to the Defendant(s) that, "I did not eat imitation "Vegan Meat" because it was against My Spirituality" from the discovery of it being the only protein option(s) status on a public menu of the only "Vegan" (implied non-Vegan due to meat flavor) protein option(s) available.

50. I legally claim that, I tried a bite of it ('Vegan Sausage'), to humor the staff member. It was because, the Defendant(s) were already discriminating against me.

    a. I legally claim that I spit it out into the container on my own free will, as a sign if peaceful protest.
    b. And, to tell the Defendant who was present, that it was, "gross and it tasted like meat", and I restated that it was, "Against my religion to not give me other option(s)", to the Defendant(s).

51. I legally claim that, this was my Constitutional First Amendment Right to peacefully protest (48, , without questioning My Spirituality's claim; to support My legal claim that I never contradicted My Spirituality.

52. I legally claim that Vegan should legally be disallowed from a describing anything with an intended / unintended and or advertised 'Meat' flavor.

53. I legally claim that, I tried the meat flavored non-Meat products, out of the chance, of accusations of non-compliance on one separate occasion; a ('Vegan Burger') as well as the first.

    a. I legally claim that, I spit It (Vegan-Meat) out both times.
    b. And I legally claim (49) for this separate instance too.

54. I legally claim that, I know that any recorded form of non-compliance by a treatment team, or staff can keep You from being released based on knowledge of how the system works (This was My , 2nd false accusation detainment in a Mental Hospital).

55. I legally claim that, my bodies' function(s) became congested when I ate the Defendant(s) Non Vegan food (Udi's claimed by staff to not be Udi's, only Vegan, and because, it was gluten free too),  based on scientific fact.

    a. I know that this is also how my body would react based on simple recollection (of pre-Vegan conversion), and scientific fact.

56. I legally claim that, I thought it (digestive congestion) was due to my already deficient levels of proteins, and fats mostly / as well.

57. I legally claim that, I did not find out that I was fed three non vegan products that I was already familiar (Udi's) with, until it was too late. I ate 3 ( 2 bagel-donut hybrids and a muffin [three separate meals]).

/ 5 o f 2 9

58. I legally claim that, I found out (55, Udi's) through a Woman (Defendant, possible MHW) through a, "she just so happened to let me know" the brand in casual conversation with Me, I stopped her and told her, "that brand is not Vegan" then, She said that she thought she was sure, so that was the last time I ate any thing like that.

   a. It was confirmed through one of the younger caucasian Male Chefs, that it was Udi's' products (as well) which I knew where Non Vegan, at which, I told him that, "They were Non-Vegan" and, that, "He was the first Person to show (the packaging) and the second Person tell me that it was Udi's' products".

59. I legally claim that, this event (56) happened at the fourth or fifth day (Woman) and at My first time in the cafeteria (Male).

60. I legally claim that, a gluten free diet[which I started at the same time that I went vegan (04-09-2019), with the exception of one to six 1 once serving(s) sizes a once a week; which I legally claim is for dietary variety, disease prevention, and economic reasons.

61. I legally claim that, I was left vitamin sick, where only non-vegan multi- vitamins where being provided.

62. I legally claim that, in my evidence, that I have proof of a list of my daily vitamin regiment which is around 9 supplements.

63. I legally claim that, the Defendant(s) where Spiritually discriminatory and negligent for not providing Me with any number of vitamins that My Vegan diet requires; based on my training regiment, and of which, are necessary vitamins like iron.

   a. Which ^ , I legally claim is essential for a vegan diet, sickeness will ensue without it.
   b. I legally claim that, I became sick, and suffered physically from the lack of vitamins, and supplements.

64. I legally claim this statement (61), supports my case of negligence and spiritual discrimination against Me, My diet, and My spiritually by The Defendant(s).

65. I legally claim that, I collect SSI/SSDI insurance, for an Auto accident, which has left Me in life slowing scale of pain.

66. I legally claim that, I am still fully functional, even though my legally claimed pain, is on such a high level.

67. I legally claim that, I was awarded SSI/SSDI Insurance based on My legal claim of a / My Professional Athletic Career.

68. I legally claim that, I have ran a 3 minute 45 second mile before my injury.

69. I legally claim that, this (66) supports of My legal claim of being a Professional Athlete.

70. I legally claim that, in the time of 2011-2013, I was being openly scouted by numerous Athletic Associations.

71. I legally claim this (68), based on local gossip, that I heard about myself in those days.

72. I also legally claim that, I was invited to try out for a partially professional American Football league in those days 2011-2013 (Fitchburg Based).

73. I legally claim that I was denied Almond Milk, upon numerous verbal request(s)[7] (throughout) and one official written request.

   a. I legally claim that, I checked in the fridge every day as part of a peaceful protest, by stating, every time… "I guess there still isn't any Almond Milk for Me again today"

74. I legally claim that part of My physical recovery training is part of a type of governmental job.

   a. That is, of supporting health and fitness, and physical approaches to handicapping injuries, in exchange for SSI/SSDI.

75. I legally claim that, this (72), is the case that I presented before the SSI/SSDI Judge.

76. I legally claim that, I denied all claimed or legal claim(s), of mental health issues in that hearing.

77. I legally claim that, I have always legally claimed that, I have never had mental health issues.

78. I legally claim that, I have never agreed with any diagnoses of mental health disease, or diseases on any day.

79. I legally claim that, I specifically tried to work with the Defendant(s) based on their supplies, which they claimed that they had.

80. I legally claim that, I witnessed Nurses not using gloves, to serve medication, on at least four occasions (four Nurses)  (date).

81. I legally claim that, I only noticed it for myself the amount of times which I legally claim it happened. (80)

82. I legally claim that, these legally claimed incidences where connected to My overall legal claim(s) based on the fact, that I only witnessed My own medication being served to Me.

83. I legally claim that, I was denied flip flops for over 2 weeks where every other patient had them for the showers.

84. I legally claim that, I was kept from flossing the entire time that I was there.

   a. I legally claim that, I requested to floss verbally, and that, the request was denied twice verbally… but supervised shaving was allowed.

1 7 o f 2 9

85. I legally claim that, I was denied a tooth brush kit for four days in a row.

86. I legally claim the Defendant(s) were negligent.

a. I legally claim that this legal claim (83) supports my case.

b. I legally claim that, the Defendant(s) are responsible for the lack of tooth care... for those days that I went without it.

# 87. I legally claim that, I purchased Rabbit Fur Head Coverings, in 2020, as a gift for a Non-Vegan person.

88. I legally claim that, I bought two separate Ones for Myself.

89. I legally claim that, in the 'War of Man on Animals', It would be hollowed ground around me, Where a Non-Vegan purchaser would disappointed the spirt of the dead Rabbit(s).

   a.   It was my mistake to purchase one for a Non-Vegan Person(I live with) [I just wanted to bring One more Rabbit(s) closer to a Home with the little extra money I had].

90. I legally claim that I brought the Rabbits "Home" because it is a War(87), and, to eventually burry Them, and lay Them to rest in the ground, or just to honor Them (legal claim(s).

91. I legally claim that, I chose the Ushanka Style for the head coverings that I bought.

92. I legally claim that, I do not affiliate with any opposition to the The United States of America.

93. I legally claim that, The Head Coverings were bought, and used as well as, or intended to to put The Rabbit(s) on a higher lever.

a. And, to spend time with Them, and Their Sprits, and bring them places; so they could see things that they would have never seen; as another way to honor them, and in a way, make them happy (individual spirituality).

94. I legally claim that, I mentioned this to anyone who collected My Head Covering (mentioned).

   a.   I legally claim patients where allowed to wear jewelry.

95. I legally claim that, "I lost a Friend when I lost that Head Covering".

96. I legally claim that The Defendant(s) lost My Head Covering,  as I legally claim that they misfiled It.

97. I legally claim that, The Defendant(s) have not cooperated with several of my attempts to retrieve it.

98. I legally claim that, The Defendant(s) have never returned at least four phone calls about my Head Covering.

( 8 of 2 9

99. I legally claim, based on My legal claim(s), that, (96) ([attempts to communicate, with The Defendant(s)]) would have resulted in a waste of My time, and a dead end.

100. I legally claim that, this legal claim (97) is based on a closed case that I have with WRCH of Worcester MA. [Those Defendant(s)] gave me a run around for more than 6 attempts to communicate with them.

101. I legally claim that, The Constable even stated that they were difficult to deal with, and He gave off the vibe that they were being generally unhelpful.

102. I legally claim that, this (98) has kept me from proving if the Defendant(s) are a Government Entity.

103. I legally claim that if the Defendant(s) are a Government Entity, then, I legally claim that they have liability insurance for matters such as mine.

104. I legally claim that I can sue the Defendant(s) based on (100) [liability insurance] and that the 11th Amendment of the Constitution does not protect the Defendant(s) from being sued.

a. For, violations of the 4th Amendment, and all my legal claim(s) that apply.

b. I legally claim that, Their purchase of liability insurance waives their sovereignty based on the Constitutional phrase that "All Men are created equal". If The Defendant(s) purchase this insurance for Their Employees, then Their Forensics Patients, such as I, or any Person, should be afforded a sum of money from that liability insurance. If, like Me, they have evidence and legal claims that match up, and prove it beyond a reasonable doubt.

c. I do My job, and everything about My lifestyle is done for scientific research and to preserve my Faith. The 1st Amendment of the Constitution, to Me, preserves my right to not be singled out and treated the way that I was treated (poorly), while every other patient had more than 3-6 more choices, than I did, per meal.

105. I legally claim that, "I request the State or Federal, or State or Federal Entity consent to suit" in this Federal court case, based upon the severity of the legal claim(s), the amount of time that it happened, and due to Their overall liability in this matter as well.

a. It is Their responsibility to correct the matter to Me, and to preserve the 'piece of mind' and Right(s) of the General Public.

106. I legally request, the Court make these request(s) for Me, to the proper authority, on my behalf (If needed).

   a. I legally claim Governmental non- cooperation WRCH / the Defendant(s) (If government is involved, or represents / was the final word on all my legal claim(s) against / / time served at Fuller Hospital).
   b. I now ask, that the court recognise that, the Government( State and or Federal) be charged as the Defendant(s), if They have involvement.

107. If the Defendant(s) represent a Government facility, then, I Legally request that, the court contacts the proper channel for Me on that matter.

108. I legally claim that, if the Defendant(s) are a Private, State or Federal Entity, that, the corresponding, or any related Treasuries or Owned Banks or owned bank parts be held responsible

1 9 of 9

|4|. And that, ^ ^ They ^ pay any remainder of the ordered settlement, or settlement(s), in the case that, the liability insurance can not cover the court order / out of Court settlement, if the decision in My favor, or the Defendant(s) request settlement talk(s) due to Court Prompt.

109. I legally claim that, an abuse of sovereignty is tyranny(if government), and it should be penalized with a monetary settlement by the Judge Hillman ( and The Feral Court System), or outside of court with negotiation.

110. I legally claim that, My individual Spirituality felt better about having the pieces of an animal to honor Them ^Rabbits^.

   a. And, because it is unnecessary killing to thousands of years (4,022 years) of Animal(s), it is abuse, disrespect, and murder, and it represents countless genocides since the start of Animals and Humans.
   b. It is part of a planned peaceful protest that I was carrying out.
   c. I legally claim under penalty of loss of settlement (full amount), that I will never buy fur or non vegan clothes again.

111. I legally claim that, I acknowledge the separation of church and state.

112. I legally claim that, in the Bible God even said 'I give You dominion over Animals' ( paraphrased).

113. I legally claim that, dominion as I interpret it, means control, but control means mastery as I legally claim.

   a. This is also part of my personal spirituality.
   b. I also legally claim that, mastery gives you no right to kill a living thing unless it is trying to kill you (self defense).

114. I legally claim that wool is only Vegan only if the animal care methods  for cold sheep exist.

   a. So, I legally claim, that is part of My  Spirituality. If Sheep care isn't up to standard(s) then, I would have to legally claim that, I would not purchase wool from those known wool dealers.

115. I legally claim that, with proper resources, I would go to the fullest extent to be 100 percent dedicated in the ways of knowledge, on subject matter(s) such as (^>114).

116. I legally claim that, I will spread knowledge that I gain on important Vegan matters on open networks, for the General Public.

117. I legally claim that, I have no friends besides Animals.

118. I legally claim that, I am ok with that (117).

119. I legally claim that, All my legal claim(s) are true *Et all*.

120. I legally claim that, I am a responsible, and respectable practicer of: citizenship in the community, and citizenship of the nation, and citizenship of the word.

121. I legally claim that, I am an Eagle Scout (BSA).

Z o  o f 2 9

122. I legally claim that, a favorable decision on My behalf, will help me be prepared for the future of my spine injury, however it goes.

123. I legally claim that, there are signs of degeneration in my spine, claimed by Doctors; based off of MRIs.

124. I legally claim this makes my level of (all types [non- mental health related]), of care unpredictable.

125. I legally claim that, a settlement in that range |4|, that I have requested, will be the only thing securing My uncertain future.

126. I legally claim that, the dollar amount, to be determined by the Court (based of the range |4| requested above), and, I ask that the Court recognize the lowest number, represents what, I think, any person who suffers like I did, be given minimally [ or to anyone with a similar single claim or multiple claim(s) based case. +related matter+.

127. I legally claim that, the Defendant(s) also violated my Civil rights (social freedom and equality).

128. I legally claim (127) because, I have already legally claimed unequal treatment compared to Non-Vegan Patients.

129. I legally claim that, Non- Vegan patients had access to 2x-3x more caloric options than I did.

130. I legally claim that it took 2-3 weeks to obtain an approval for my regular Vegan Protein (Vega) (It it the only vegan option that I technically have because I shop at BJ'S to save money) .
a.  (Vega) And  the Person who I live with had no extra money, because She only works a (lower salary) job to keep a roof over hers and my head. I am a percentage of handicapped ( physically), and she believes in my fitness recovery journey.
b. "Ensure protein drink" was provided to Non Vegan patients by a simple request.

131. I legally claim that, the Defendant(s), had resources, (money in their budget or emergency funds), to plan Me a special menu, to fit My personal needs… but, They did not.

132. I legally claim that, my pain level makes it impossible to see Myself doing anything, but, taking care of Myself, until I test out to be just as strong as before.

133. I legally claim that, I have only ever seen progress from every point (11 times) of a restarting, (due to injury).

134. I legally claim that, this training lifestyle, in my case, should always be seen as a benefit to the community.

   a.   I have always run outside when I have had no access to a treadmill / My Professional amount of outdoor run-days in all conditions promotes the publics job of: doing Your level of cardio, to the maximum healthy amount, as many days a year as You can. As, it was always prescribed by, the Unites States Government.

135. I legally claim that, the General Public could easily find this public spoken knowledge of all my training laurels ( 7 days a week— increasing and decreasing and changing factors — My entire life)[Word of Mouth].

136. I legally claim that, the Defendant's legal claim(s) against Me in the commitment hearing, over webcam, were malicious, and frivolous.

137. I legally claim that, the knowledge of the Defendant(s) trying to commit Me, "FOR THE DURATION OF MY LIFE", was withheld from Me until the Court Date.

138. I legally claim that, the Defendant(s) had no knowledge given to me, of, or if, the medication I was ordered to take, was Vegan or not.

139. I legally claim that, the community time requirement, is a monetary (withholding / rewarding) fulfilment device, which is implemented by a cookie cutter view of how mental health should be treated.

   a. It is unrealistic and violation of Civil Rights. (introvert rights, mental health rights, physical health rights, [Covid-19 Rights], and just individual Adult or Non Adult Personal Beliefs, choice, and a disregard of My free will to choose to not partake {based on Me and Scientific facts _immune system strengthening_.
   b. I legally claim that I am a life long 'common sicknesses' non-vaccinated since, 7-8 years old, No flu shot ever \, as my own decision when I became a Naturalist, I take full responsibility for my own actions =lung disabilities, fact(s)= ^COVID-19^}.

140. I am legally claiming that, the Insurance Company(ies) related to My legal claim(s), should all be recognised as Defendant(s) as well, (based on 139) Medical Providers, Defendant(s) are torturing Medical Patients by not letting those among them (Me, [And, an investigated, confirmed, (1) Other Patient, Serving more than 4-5 months; I saw his extensive file, and I asked the Defendant(s) how much time he had done.

   a. She broke Protocol by letting Me in on a more exact figure which, I legally claim that I do not remember.
   b. Based on my knowledge of how 'Community Time' and His^ infamous absence(s) from the Community time program, was put into my mental notes.
   c. There may have been other patients suffering from the same type of Rights Violations.
   d. But, I did not have time to investigate Them.] based on this experience).

141. I legally claim that, I have asthma, and the Defendants turned down my request for the / My natural method of asthma control of: Turmeric .4 oz a day then, blueberries (the last 11 years) and caffeine in the form of green tea [4 years] where, all patients had access to (Coca Cola brand cola) and Decaffeinated coffee.

142. I legally claim that the Defendant(s) did not allow café drinks in the units.

a. With an exception only being made for 1 patient, (decaffeinated coffee), decaffeinated and Coca-Cola brand cola, both have trace/ full serving amounts of caffeine, so even if I did want to limit my suffering, my request, based on the Coca-Cola Brand cola was denied anyway, so I legally claim that, this put me at a higher risk for injury or death by the Defendant(s).

b. And, I legally claim this denial was especially malicious (138, asthmatic torcher / exacerbation, daily routine legal claim[s))]).

143. I legally claim that, the Defendant(s) openly scoffed at my situation at least 1 time verbally, specifically mentioning, "feeding him Non-Vegan food, and calling it Vegan Food any time that They want".

22 of 29

144. I legally claim that, I had to eat banana peels to decongest my bowels.

145. I legally claim that, I saw the same chef ( see: Udi's) drop a banana in the back of the kitchen and put it back in the banana box.

146. I legally claim that, I stopped eating the banana peals, after that.

147. I legally claim that, the banana peels where helping Me to digest food better.

148. I legally claim that, I did not ask the (Chefs) if they washed the fruit, because based on the level of professionalism, towards Me, by the Defendant(s) (et. all^), [what I deduct was a partial majority, or more, based on observation], I deducted they would lie to me anyway.

149. I legally claim that, I had no access to wash My fruit besides in a bathroom, and no fruit grade soap to use. I only wiped the fruits off with paper towels and cloth.

   a. I was so congested (because I had to eat extra carbohydrates, to cover My, fats and protein deficiency.

 b. I legally claim that, I ate orange rinds too until (145), just incase they did not wash the apples and oranges.

c. I legally claim that the fruit selection was sub par.

150. I legally claim that, all of the Government, or Private Facilities that I have served time in, are not up to modern day / realistic standard(s).

151. I legally claim that, (150) is directly connected, (standards[s)]) to My legal claim(s).

152. I legally claim that, I contracted Asthma, from a Pneumonia phase (6 times), after falling into a ditch of cold water, I walked home around 1.62 miles, in the colder Virgina weather season that it happened in (date and time unknown at the moment).

   a.   The ditch (at a church where My Mom was one of the Property Keeper's) was full, and, I was egged on my my older (legally claimed non-blood-related "sister" < [legal claim]) this was the first contraction of the sickness.
   b.   The neighbourhood along the road from the church {did not help me}, they legally claimed that they did not see me with Her ^ , and My Biological Mother.

153. I legally claim that, I did not have Asthma before I caught Pneumonia.

154. I legally claim that, I am legally deaf, and that (the legally claimed non-blood- related-child (152, the "Sinister") made a fool but 2 times, and [152] is one event, and the next legal claim is the last event.

   a.   I legally claim Negligence / Conspiracy / and an Act of War (against, on) Me, by, Manuel Torres Jr. ^*1st", lineage, name repetition, non-title^ [Suspect] "The United States Navy" [Suspect(s)] and the Chain Of Command [Suspect(s)] # and Anyone else connected to / too#.
   b.   I legally claim that, I was underaged to be on the USS John C. Stenus Air Craft Carrier for the "Day Cruise Event and Aircraft Demo".

c. I legally claim and, I ask that the Court recognise that the parties of +152, 155 + be seen as a means of providing historical evidence, and facts, but not as Defendant(s) in this legal claim of already legally claimed party / parties of Defendant(s).

d. I legally claim that I am an IQ Level multilevel Genius.

e. I legally claim that I am Planet Earth's Most lucrative Artist living / arguably of all time (in many disciplines, based on originality and style, and original-Style- creation).

f. I legally claim that, this was used as a to justify Me being on board The Ship.

g. I legally claim that an unknown percentage of the legally claimed negligent party(ies) of this event acted against me with an Act of War and Espionage on this day (154).

h. I legally claim the Sinister child exploited My last day of any gullible quality I had left in Me. But! I am 0% convinced of my own error mixed with chemical sabotage {day of}…

i. I legally claim that, the Sinister worked with ^Torres Jr. 1st^ based on the way that the day went before "I deafened myself by getting tricked" (chemically poisoned) into taking my hands off my ears (<1% ^ ) [Brain Washing, Chemical Memory Disruption / Dream Torcher].

j. But! I was deafened by the Sinister, who ripped my hands off my ears, because she ended up deaf too. I legally claim that I am 100% sure it was a direct sabotage by the Sinister _ripped arms down from ears_ .

k. Because I thought she was stupid for even suggestion to do it herself to be "Pretty" like some older Deaf Girl [15-17 years old estimated {by the name of,"Dawn" possibly #99% sure of the older girl's name# ] from one or two houses to the right of My House.

l. I legally claim that I told her not to because she "would get into big trouble too" and that " she could die if she did"

m. I legally claim I was almost directly in front of the take off of the F16 or F17 because of My Talent and Status.

n. I legally claim that, the Sinister Party was not tolerating the way that I was holding my fingers in my ears, "more like a professional than others" . I started early from excitement %age% and I was really pressing hard in them because of how dangerous the take off "Sonic Boom" is.

o. I can remember the Sinister Party throwing one more temper tantrum about it to ^Torres Jr. 1st^ , it was so unsightly and loud I heard it with my ears pre-plugged-extra-hard, so I looked, and unplugged my ears to see it.

p. I turned back around to face the Jet and plugged my ears up extra-hard and I closed my eyes. ^ Torres Jr. 1st^ had to be extra stern about the time limit of the launch to focus the Sinister.

q. I was deafened at a percentage of the "Sonic Boom".

r. I legally claim that I felt my arms get ripped down at that time, I blacked out for a hundredth of a second.

s. I turned around to the Sinister with one of the most Evil and Satanic looks on Anyone's face, that I have ever seen, to this day, from birth.

t. I legally claim that ^Torres Jr. 1st^ , and an Evil Conglomerate, of a a percentage of members or the entire population of existing- Empires(unknown), Actual Royal Countries( confirmed through General Populous [U.S.A.] gossip, 28 years of listening for the sake of my own story) and from the top level of wealth to the poorest people they employ against me (from The Global General Populous).

u. I legally claim that, I legally request that, this Evil Conglomerate \154\ to not be recognised as Defendant(s) / or as the Defendant(s) are, who are connected to to the settlement dollar amount |4| and the legal claims connected to |4| only as a means unrelated legal claim(s) for background and for historical connection as well~~.

v. I legally claim that this Evil Conglomerate<collection of people, from different places, who share divide profits [personal definition of title, due to no knowledge of the actual legal term, for what they represent, or are, in formation against Me]< even announced that they would "Hold Me as their Prisoner, and torcher me until the day I died" for not siding with their legally

claimed 'Evil Ways' •Satanic, known• ^Torres Jr. 1st^ was chosen to vocalise it to me in my last days before I was replaced with an exact physical copy of Myself.

w.   I legally claim that this was before a theme park trip, (park unknown, Possibly Bush Gardens or King's Dominion, whichever, They (Parks) are close to Virginia.

x.   I legally claim that I punched the person who was holding me for some reason >Julio Hernandez> and, I left a serious mark on his face for my age •4-5-6.5 years old• post announcement by ^Torres Jr. 1st^.

y.   I legally claim that, the Evil Conglomerate had Advanced Hearing Aide Implants put into me after the main event of {154))}.

z.   I legally claim that, this was done #Aides# in order to steal my thoughts, ideas, and to physiologically torcher me with.

aa.  I legally claim that, this Evil Conglomerate uses this technology along with brain control chemicals to control me, but only while I am asleep [torcher, thieving, awake].

bb.  I legally claim that they can make me do whatever they want on these legally claimed brain control mixture(s).

cc.  I legally claim that, this Evil Conglomerate has brain washed Me and that I barely have a memory of 99.99% of what they have done to me in my sleep %<2 seconds or less a week on average%.

dd.  I legally claim that the memories (during sleep), have rarely ever mirrored My true 'Self'.

ee.  I legally claim that the experience of time, can be manipulated by things that apply to *legal claim(s) 154, Dream control/ disruption, Mind control/ disruption, Brain washing, Chemicals, Ear (control, partial destruction, disruption) / Brain implants *.

155. I legally claim that, I even gave her (legally claimed Sinister, non-blood-related ), a Four Leaf Clover [right after I found it, and then thought about it, even though, I could have kept it for myself, or given it to a Girl who I thought was pretty [Present Party] who was there.

a.  But, I thought, that, I would rather show that, I was a good person to try to change the attitude of (Sinister^) buy gifting it , instead of giving to, Her>>>>>>>>>>>, [the Pretty Girl], to try to change how (the Sinister) acted as a whole {because of the worth, of the variety, of the Plant #Four Leaf Clover, Clover# and it's rumoured       %magical %luck% trait% } the child with the legally claimed sinister quality my^legally claimed 100% *Sinister*^ started to cause a rage filled scene, as she was already demanding +The Four Leaf Clover+ upon My first, and only announcement of discovery.

b. That =rage filled scene= also was part of My decision, 1st and foremost, my thought was preserve the safety of The Pretty Girl, and the Two to Three other Children at the event.

156. I legally claim that, I do not have a record of any of the dates of the legal claims (152, 154, 155).

157. I legally claim that, the  order of the last 2 events (154, 155) are not in chronological order, (152) did come first.

158. I legally claim that, the Sinister Party mentioned above, was always violent towards Me.

159. I Legally claim that the Defendant(s) have knowledge of (152, 154, 155) to any percent [0%-100%].

a.  I legally claim this based on the existence of "Permanent Record Keeping System".

160. I legally claim that, the Defendant(s) where instructed to not acknowledge that I am deaf.

a. I legally claim that the Defendant(s), did not, after I verbalised it on several occasions.

2 5 o f 2 9

b. The second legal claim is what prompted my first legal claim, and it is another legal claim, to prove my overall legal claim(s), related to [4].

161. I legally claim that, My life-slowing-scale-pain-management -treatment was also neglected and discriminated against.

   a. I legally claim that I woke up at the very least 3 nights in a row where my feet were so inflamed that I could not walk very well down the hall and back for food, all times were out of my rest at night.
   b. I legally claim that, I am prescribed medicinal marijuana for my pain, and that, I was denied it by the Defendant(s).
   c. I legally claim that, I do not know if my medicinal marijuana claim holds any weight in Federal Court.
   d. I legally claim that I requested opioids in its' stead.
   e. I legally claim that request was denied too.
   f. I legally claim a spine injury patient (cane), and a younger tan skinned man had opioid prescriptions, so the hospital did not, not give opioids out to prescribed patients.
   g. I legally claim I was denied a verbal request for opioid evaluation to replace my medicinal marijuana.
   h. This, since Dr. Thomas said that he could not prescribe Me them, to replace my medicinal marijuana.

162. I legally claim that, other patients had jewellery, and watches on, but I was only allowed a watch, and my hat was taken due to metal clasps (ok protocol, but still, it is just as much of a danger risk as jewellery). I am blessed, that my rights to have a watch as a government prisoner is still a preserved freedom.

a. I legally claim that, the last sentence does not forgive anyone of anything done to me in this claim{s}.

163. I legally claim that I have not smoked cigarettes since January 21, 2020.

a.I legally claim it is the right thing to do for the Globe(Everyone, Everything).

164. I legally claim that, I have not Drank Alcohol since October 31, 2015 (scientific reasons).

165. I legally claim that, I have never had any type(s) of dependance or problem(s)  (163 cigarettes, or 164 alcohol).

166. I legally claim that, all negative statement(s), against me by the Defendant[s] are false.

167. I legally claim that, all positive statements made about Me are true.

168. I legally claim that, Any person if any Person, of any Religion legally claims suffrage to a Main pillar of their Spirituality |4| should be the minimum dollar amount to thwart the Evil of— Main Faith Pillar discrimination.

169. I legally claim that, 'Main Faith Pillar' discrimination applies to all Religion#s#.{U.S.A.}
a. I legally claim Satanism is NOT a Religion, due to crimes against humanity for the past (4,022 years) B.C.-A.D. 2000 B.C.- 2022 A.D.

170. I legally claim that, concrete evidence, and a credible and  believable, list of legal claims would be needed to prove this, just as any other Court Case.

171. I legally claim that My legal claim(s) have the qualit[y]{ies} of (170).

172. I legally claim that the minimal dollar amount described in |4| acts as an insurance "For the People" against what my legal claim(s) are related to.

173. I legally claim that, the dollar amount |4| is intended to thwart all types of discrimination and neglect.

174. I legally claim that, I can provide My legally claimed concrete evidence upon request, due to, My *In Forma Pauperis* ruling.

175. I legally claim that, my legal claim(s) have shown enough proof to settle My claim(s) with a numeric figure, no lower than the Dollar amount in, |4|, in, or outside of Federal Court.

176. I legally claim that, a decision, in my favour, would be made, *Sua Sponte,* or, *Sua Motu,* in, or outside of Federal Court.

177. I legally claim that, any Amendment of the Constitution, or any Private, or Government reference(d)(s) against my legal claim(s), or My Name; by the Defendant(s) or, by, Representatives of the Defendant(s), are all Fugazi... based on my legal claim(s) that are all easily proven with official record(s), where it is applicable, to My legal claim(s).

178. I legally claim that, my life was directly verbally threatened by the number of, Four Patients.

    a.  I Legally claim that, I reported every one of those threat(s).

    b.  I legally claim one patient, was named ███████████ He legally claimed that he was there for murder of someone who looked like me (post intentionally picking a seat in front of me 3 tables away in the café) and that "everyone who looked like Him would kill everyone who looks like You (Me)", for, what I made out as, "disrespecting his families Name" as the reason.

    c.  He even stated that he was there for murder on 4-5 occasions around me on the "phone" to his "lawyer". He ended up getting transferred after I had discovered evidence of him eating stool mixed with food, I suspect this because it was mixed with food products, in a water cup, and there was stool

on the sink, and his behaviour was becoming more aggressive(Two fights with the the same (Chocolate Skin Toned Man) and odd every day until he was transferred to a children's unit shorty after he ruined the bathroom with his stool incident.

    d.  I legally claim that, ^ He seemed over 18 years old to me.

179. I legally claim that, I have no comment on how the Defendant(s) handled (178).

180. I legally claim that, skin tone(s) are base colour(s), to the lightest coloured shades of the base colour(s) / and %s of Black and White base colour. (Universal legal claim)

181. I legally claim that my entire criminal File is Fugazi, to this date.

182. I legally claim that, only good statements about me in any Government file(s) ^ are true.

183. I legally claim that, my legal claim(s) have displayed the right amount of intelligence to support the legal claim(s) that I have made against the Defendant(s).

184. I legally claim that, the Liberty of Every American, and Global Citizen, is at a higher risk, with, any Defendant(s) connected, directly, or historically, being allowed to trample on Liberty in any way that; I have legally claimed they have.

185. I legally claim that, the Ambulance that brought me to Fuller Hospital, smelled like: 'peanut butter and jelly sandwiches', in an, "everywhere on everything, non-sanitary smell way", {[I legally claim that, it had nothing to do with the Crew's hygiene at all.]}".

186. I legally claim that, I have been sexually discriminated against for being 100% sexually oriented towards women/ 100% Male, but I am, inter-gender (preferred term Genetic Mutant, it is just a mutation and extra flesh to me).

  a. A set off-unit Defendant(s) were at the front desk (only 1), made a comment, after I legally claimed to them that, "I am "inter-gender and that I was being discriminated against, and he walked me down into the mens unit, and then he shut the main doors ~a decent amount of words were exchanged, between Myself, and the Defendant(s), until the Defendant then used his body weight and size, with heavy violent undertones (body language) "intimidate" me "
  b. I legally claim that, I kept a very respectful amount of space to His pace, and approach.
  c. I legally claim that, I tried to diffuse this situation, as best, and as quickly, as I could.

187. I legally claim that I believe in one God and the Three Persons within Him, God The Father, The Holy Spirit, and Jesus Christ His only Begotten Son.

188. I legally claim that there is one God, (187) and that, He is the only God, Who created everything we know, and do not know.

189. These are all my legal claims.

190. Thank You (pl.).

Pro Se 1 (Rev. 12/16) Complaint for a Civil Case

### IV.  Relief

State briefly and precisely what damages or other relief the plaintiff asks the court to order. Do not make legal arguments. Include any basis for claiming that the wrongs alleged are continuing at the present time. Include the amounts of any actual damages claimed for the acts alleged and the basis for these amounts. Include any punitive or exemplary damages claimed, the amounts, and the reasons you claim you are entitled to actual or punitive money damages.

### V.  Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

#### A.  For Parties Without an Attorney

I agree to provide the Clerk's Office with any changes to my address where case–related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing:  5/10/2022

Signature of Plaintiff

Printed Name of Plaintiff   FRANCISCO SEVERO TORRES

#### B.  For Attorneys

Date of signing:

Signature of Attorney

Printed Name of Attorney

Bar Number

Name of Law Firm

Pro Se 1 (Rev. 12/16) Complaint for a Civil Case

Street Address        _____

State and Zip Code    _____

Telephone Number      _____

E-mail Address        _____

4:22-cv-40147-LTS   Document 1-1   Filed 12/12/22   Page 1 of 1

FILED IN CLERKS OFFICE
DEC 12 '22 PM 12:09 USDC MA

**COVER LETTER**

I Francisco Severo Torres, Pro Se, am putting myself at the mercy of the court, due to the 4 days that this paper work is late.

I had no way to turn in this paper work until today 12/12/22.

I ask that the deadline from the 8th of December 2022 be seen as a minimum 10-15 day extension and grace period.

Please help me in this way, for the sake of my future, and the future of all who have suffered like me, and for the greater good.

This is a civil and criminal case.

Thank You,


Sincerely,


Francisco Severo Torres Pro Se


12/12/22

The JS 44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. *(SEE INSTRUCTIONS ON NEXT PAGE OF THIS FORM.)*

## I. (a) PLAINTIFFS
FRANCISCO SEVERO TORRES

**DEFENDANTS**
Fuller Hospital (Defendants) listed

**(b)** County of Residence of First Listed Plaintiff _____
*(EXCEPT IN U.S. PLAINTIFF CASES)*

County of Residence of First Listed Defendant _____
*(IN U.S. PLAINTIFF CASES ONLY)*
NOTE:   IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE TRACT OF LAND INVOLVED.

**(c)** Attorneys *(Firm Name, Address, and Telephone Number)*
PRO SE

Attorneys *(If Known)*

FILED IN CLERKS OFFICE
DEC 12 '22 PM 12:08 USDC MA

## II. BASIS OF JURISDICTION *(Place an "X" in One Box Only)*

- ☐ 1 U.S. Government Plaintiff
- ☒ 3 Federal Question *(U.S. Government Not a Party)*
- ☐ 2 U.S. Government Defendant
- ☐ 4 Diversity *(Indicate Citizenship of Parties in Item III)*

Possible Mix

## III. CITIZENSHIP OF PRINCIPAL PARTIES *(Place an "X" in One Box for Plaintiff*
*(For Diversity Cases Only)*                  *and One Box for Defendant)*

| | PTF | DEF | | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ☒ 1 | ☐ 1 | Incorporated *or* Principal Place of Business In This State | ☐ 4 | ☒ 4 |
| Citizen of Another State | ☐ 2 | ☐ 2 | Incorporated *and* Principal Place of Business In Another State | ☐ 5 | ☐ 5 |
| Citizen or Subject of a Foreign Country | ☐ 3 | ☐ 3 | Foreign Nation | ☐ 6 | ☐ 6 |

## IV. NATURE OF SUIT *(Place an "X" in One Box Only)*
Click here for: Nature of Suit Code Descriptions.

| CONTRACT | TORTS | FORFEITURE/PENALTY | BANKRUPTCY | OTHER STATUTES |
|---|---|---|---|---|
| ☐ 110 Insurance | **PERSONAL INJURY** / **PERSONAL INJURY** | ☐ 625 Drug Related Seizure of Property 21 USC 881 | ☐ 422 Appeal 28 USC 158 | ☐ 375 False Claims Act |
| ☐ 120 Marine | ☐ 310 Airplane / ☐ 365 Personal Injury - Product Liability | ☐ 690 Other | ☐ 423 Withdrawal 28 USC 157 | ☐ 376 Qui Tam (31 USC 3729(a)) |
| ☐ 130 Miller Act | ☐ 315 Airplane Product Liability / ☐ 367 Health Care/ | | | ☐ 400 State Reapportionment |
| ☐ 140 Negotiable Instrument | ☐ 320 Assault, Libel & Slander / Pharmaceutical Personal Injury | | **INTELLECTUAL PROPERTY RIGHTS** | ☐ 410 Antitrust |
| ☐ 150 Recovery of Overpayment & Enforcement of Judgment | ☐ 330 Federal Employers' Liability / Product Liability | | ☐ 820 Copyrights | ☐ 430 Banks and Banking |
| ☐ 151 Medicare Act | ☐ 340 Marine / ☐ 368 Asbestos Personal Injury Product Liability | | ☐ 830 Patent ☐ 835 Patent - Abbreviated New Drug Application | ☐ 450 Commerce |
| ☐ 152 Recovery of Defaulted Student Loans (Excludes Veterans) | ☐ 345 Marine Product Liability | | ☐ 840 Trademark | ☐ 460 Deportation ☐ 470 Racketeer Influenced and Corrupt Organizations |
| ☐ 153 Recovery of Overpayment of Veteran's Benefits | ☐ 350 Motor Vehicle / **PERSONAL PROPERTY** ☐ 370 Other Fraud | **LABOR** ☐ 710 Fair Labor Standards Act | ☐ 880 Defend Trade Secrets Act of 2016 | ☐ 480 Consumer Credit (15 USC 1681 or 1692) |
| ☐ 160 Stockholders' Suits | ☐ 355 Motor Vehicle Product Liability / ☐ 371 Truth in Lending | | | ☐ 485 Telephone Consumer Protection Act |
| ☐ 190 Other Contract | ☐ 360 Other Personal Injury / ☐ 380 Other Personal Property Damage | ☐ 720 Labor/Management Relations | **SOCIAL SECURITY** ☐ 861 HIA (1395ff) | ☐ 490 Cable/Sat TV |
| ☐ 195 Contract Product Liability | ☐ 362 Personal Injury - Medical Malpractice / ☐ 385 Property Damage Product Liability | ☐ 740 Railway Labor Act ☐ 751 Family and Medical | ☐ 862 Black Lung (923) ☐ 863 DIWC/DIWW (405(g)) | ☐ 850 Securities/Commodities/ Exchange |
| ☐ 196 Franchise | | Leave Act | ☐ 864 SSID Title XVI | ☐ 890 Other Statutory Actions |
| **REAL PROPERTY** | **CIVIL RIGHTS** / **PRISONER PETITIONS** | ☐ 790 Other Labor Litigation | ☐ 865 RSI (405(g)) | ☐ 891 Agricultural Acts |
| ☐ 210 Land Condemnation | ☒ 440 Other Civil Rights / Habeas Corpus: | ☐ 791 Employee Retirement Income Security Act | **FEDERAL TAX SUITS** | ☐ 893 Environmental Matters |
| ☐ 220 Foreclosure | ☐ 441 Voting / ☐ 463 Alien Detainee | | ☐ 870 Taxes (U.S. Plaintiff or Defendant) | ☐ 895 Freedom of Information Act |
| ☐ 230 Rent Lease & Ejectment | ☐ 442 Employment / ☐ 510 Motions to Vacate Sentence | | ☐ 871 IRS—Third Party 26 USC 7609 | ☐ 896 Arbitration |
| ☐ 240 Torts to Land | ☐ 443 Housing/ Accommodations / ☐ 530 General | | | ☐ 899 Administrative Procedure Act/Review or Appeal of Agency Decision |
| ☐ 245 Tort Product Liability | ☐ 445 Amer. w/Disabilities - Employment / ☐ 535 Death Penalty | **IMMIGRATION** | | ☐ 950 Constitutionality of State Statutes |
| ☐ 290 All Other Real Property | ☐ 446 Amer. w/Disabilities - Other / Other: ☐ 540 Mandamus & Other | ☐ 462 Naturalization Application ☐ 465 Other Immigration Actions | | |
| | ☐ 448 Education / ☐ 550 Civil Rights | | | |
| | ☐ 555 Prison Condition | | | |
| | ☒ 560 Civil Detainee - Conditions of Confinement | | | |

## V. ORIGIN *(Place an "X" in One Box Only)*
- ☒ 1 Original Proceeding
- ☐ 2 Removed from State Court
- ☐ 3 Remanded from Appellate Court
- ☐ 4 Reinstated or Reopened
- ☐ 5 Transferred from Another District *(specify)*
- ☐ 6 Multidistrict Litigation - Transfer
- ☐ 8 Multidistrict Litigation - Direct File

## VI. CAUSE OF ACTION
Cite the U.S. Civil Statute under which you are filing *(Do not cite jurisdictional statutes unless diversity)*:
See & Legal Claim(s)
Brief description of cause: Civil Rights Violations, Torture (Criminal)

## VII. REQUESTED IN COMPLAINT:
☐ CHECK IF THIS IS A CLASS ACTION UNDER RULE 23, F.R.Cv.P.
DEMAND $ ✓
CHECK YES only if demanded in complaint:
JURY DEMAND: ☐ Yes ☐ No

## VIII. RELATED CASE(S) IF ANY
*(See instructions)*: JUDGE Timothy S. Hillman  DOCKET NUMBER 4:22-cv-40049-TSH

DATE _____  SIGNATURE OF ATTORNEY OF RECORD _____

**FOR OFFICE USE ONLY**

RECEIPT # _____ AMOUNT _____ APPLYING IFP _____ JUDGE _____ MAG. JUDGE _____