

Incident #: ███████

Call #: ███████

---

Date/Time Reported: 12/01/2022 0837
Report Date/Time: 12/01/2022 0901
Status: No Crime Involved

Reporting Officer: Patrol Matthew DiPerri
Approving Officer: Lieutenant Michael Ciccolini

Signature: _____

Signature: _____

| # | INVOLVED | SEX | RACE | AGE | SSN | PHONE |
|---|----------|-----|------|-----|-----|-------|
| 1 | TORRES, FRANCISCO SEVERO | M | W | 32 | ███-7739 | ██████ |

██████████
LEOMINSTER MA 01453

Military Active Duty: N
BODY: NOT AVAIL.                     COMPLEXION: NOT AVAIL.
DOB: ███/1990                  PLACE OF BIRTH: KEY WEST, FL
LICENSE NUMBER: MA ████████          ETHNICITY: HISPANIC
PCF #: ████████

---

**[CONTACT INFORMATION]**

Home Phone          (Primary)
Home Phone          (Primary)      ████████

---

**[APPEARANCE]**

GLASSES WORN: NO

---

| ALIAS LAST NAME | FIRST NAME | MIDDLE NAME | SSN | DOB | GENDER |
|-----------------|------------|-------------|-----|-----|--------|
| TORRES | FRANCISCO | | NOT AVAIL | ███/1990 | NOT AVAIL |

---

**[FAMILY/EMPLOYMENT INFORMATION]**

MARITAL STATUS: SINGLE
FATHER'S NAME: ██████████
MOTHER'S NAME: ██████████

OCCUPATION: UNEMPLOYED

| # | EVENTS(S) |
|---|-----------|

LOCATION TYPE: Residence/Home/Apt./Condo      Zone: PT3

██████████
LEOMINSTER MA 01453

1   SUA

GOVERNMENT
EXHIBIT

13

**Leominster Police Department**                    **Page: 1**
NARRATIVE FOR PATROL MATTHEW J DIPERRI

          Ref: ███████████

  Entered: 12/01/2022 @ 0902        Entry ID: 0208
 Modified: 12/01/2022 @ 0907     Modified ID: 0208
 Approved: 12/01/2022 @ 0949     Approval ID: 0139

On the above date and time I, Officer DiPerri, was dispatched to ███████████ for a report of a man standing outside in his underwear. I asked dispatch if they knew who the male was and they stated that it was Francisco Torres.

I arrived on scene, and Francisco was indeed standing outside on his walkway, between bushes, in his underwear. I asked him what he was doing and he stated that he was " protesting climate change" . I asked him if he wanted to hurt himself or anyone else and he stated that he did not. He was told to go back in the house. Francisco complied and went back in the house.

Nothing further to report.

Officer DiPerri