

# Leominster Police Department
# Incident Report

**Incident #:** ▮▮▮▮▮▮
**Call #:** ▮▮▮▮▮▮

Date/Time Reported: 02/25/2023 1739
Report Date/Time: 02/25/2023 1848
Occurred Between: 02/25/2023 1730-02/25/2023 1830
Status: No Crime Involved

Reporting Officer: Patrol Marjus Zylyftari
Approving Officer: Lieutenant Ryan Malatos

Signature: _____

Signature: _____



| # | INVOLVED | SEX | RACE | AGE | SSN | PHONE |
|---|----------|-----|------|-----|-----|-------|
| 1 | TORRES, FRANCISCO SEVERO | M | W | 32 | ▮▮▮-7739 | ▮▮▮▮ |
|   | ▮▮▮▮▮▮ LEOMINSTER MA 01453 | | | | | |

Military Active Duty: N
BODY: NOT AVAIL.      COMPLEXION: NOT AVAIL.
DOB: ▮▮/1990      PLACE OF BIRTH: ▮▮▮▮▮▮
LICENSE NUMBER: MA ▮▮▮▮      ETHNICITY: HISPANIC
PCF #: ▮▮▮
GENDER IDENTITY: Male
PRONOUNS: he/him/his
PRIMARY CARETAKER: N

_____ **[CONTACT INFORMATION]** _____

Home Phone      (Primary)
Home Phone      (Primary)      ▮▮▮▮▮▮

_____ **[APPEARANCE]** _____

GLASSES WORN: NO

| ALIAS LAST NAME | FIRST NAME | MIDDLE NAME | SSN | DOB | GENDER |
|-----------------|------------|-------------|-----|-----|--------|
| TORRES | FRANCISCO | | NOT AVAIL | ▮▮/1990 | NOT AVAIL |

GOVERNMENT EXHIBIT

**14**

Incident #: ████████
Call #: ████████

| # | INVOLVED | SEX | RACE | AGE | SSN | PHONE |
|---|---|---|---|---|---|---|

**[FAMILY/EMPLOYMENT INFORMATION]**

MARITAL STATUS: SINGLE
FATHER'S NAME: ████████
MOTHER'S NAME: ████████

OCCUPATION: UNEMPLOYED

| # | EVENTS(S) |
|---|---|

LOCATION TYPE: Specialty Store          Zone: PT1
1177 CENTRAL ST
LEOMINSTER MA 01453

**1  Disturbance**

| # | PERSON(S) | PERSON TYPE | SEX | RACE | AGE | SSN | PHONE |
|---|---|---|---|---|---|---|---|
| 1 | ████████ | REPORTING PARTY | M | W | 18 | ********** | ████████ |

LEOMINSTER MA 01453
DOB: **********

EMPLOYER: FRESH CUTS BARBERSHOP   ·

| # | PERSON(S) | PERSON TYPE | SEX | RACE | AGE | SSN | PHONE |
|---|---|---|---|---|---|---|---|
| 2 | ████████ | WITNESS | M | W | 27 | ********** | ████████ |

LEOMINSTER MA 01453-1533
DOB: **********

EMPLOYER: FRESHCUT   ·
CONTACT INFORMATION:
Home Phone          (Primary)          ████████

| # | VEHICLE(S) | YEAR | MAKE | STYLE | COLOR1 | COLOR2 | REG | VALUE |
|---|---|---|---|---|---|---|---|---|
| 1 | OUTBACK | 2012 | SUBA | LL | GRY | | MA 4GJF19 | $1.00 |

STATUS: Suspected                          DATE: 03/07/2023
OWNER: TORRES, FRANCISCO SEVERO
VIN: ████████87085

| Attachments for ████████ | |
|---|---|
| **Description** | **Type** |
| VIDEO FOTTAGE | MP4 |
| Attachment#: B0C584C5F64F4ECFA5E9C775CDF12D96 | |
| VIDEO FOTTAGE | MP4 |
| Attachment#: D04D7E137B144061A988A8594AB0C16B | |

Ref: ███████████

Entered: 02/25/2023 @ 1949       Entry ID: 0240
Modified: 02/25/2023 @ 1950     Modified ID: 0240
Approved: 03/06/2023 @ 2053      Approval ID: 0170

On 2/25/23 at approximately 1730 hours, I was dispatched to 1177 Central St. For a report of suspicious event.

Upon arrival, I spoke with ███████ who advised me that a white male entered the barber shop and was making "crazy statements." ███ stated that this male stated that he wanted to "die tonight at midnight" "he wanted to get shot by 12 people with an AR 15 two times at point blank." ███ also stated that this male kept his hands inside his pockets all the time pretending that he had a weapon of some kind. ███ told me that this male stated that he was "half angel and half devil."

███ stated that he asked this male if he wanted to get a haircut, but the male said no and left the barbershop. ███ stated that this male left the area in a gray Subaru SUV, but he was unable to get a plate. ███ stated that the vehicle left the area towards town.

I checked the area for the vehicle, but I was unable to locate it. I have attached the video from the inside of the barber shop as well as photos of the male party. I have called the landlord of the building in order to retrieve video footage of the parking lot in order to see any information regarding the vehicle that this male party came in with.

Under investigation

Officer Zylyftari #240

SUPPLEMENTAL NARRATIVE FOR PATROL MARJUS ZYLYFTARI

Ref: ██████████

Entered: 03/06/2023 @ 1655          Entry ID: 0240
Modified: 03/06/2023 @ 1655       Modified ID: 0240
Approved: 03/06/2023 @ 2053       Approval ID: 0170

I have attempted numerous tries to get video footage from the outside of the building from ████████ that is the owner of the building. I have contacted ████████ via this department's recorded line and left voicemails that have been unanswered. At this point an email with the individual's photo has been sent to all patrols and dispatch for future attention. No crime has been committed by this individual as of this report.

Respectfully,

Officer Zylyftari #240

On 03/06/23 I observed on national news that a Leominster man had attempted to stab people in the plane and attempted to open the emergency exit door while the plane was in midflight. I also saw a video footage that was on social media where this man stated, "tell them to bring SWAT because they going to have to shoot me down." This incident caught my attention because this male matched the facial description of the suspect from this incident.

Due to the fact that the media made his name public (Francisco Torres) I ran a query for his license plate and address. I was able to discover that Francisco lived with his mother ████████████. I was able to also discover that █████ had a vehicle registered to her 2012 Subaru Outback (MA PC 4GJF19) that also matched the vehicle that the witness described Francisco left the area of the barbershop with. At this time, I am adding Franciscos information into this report for future reference.

Respectfully,

Officer Zylyftari #240