1761CR1393

Francisco Severo Torres
Leominster MA 01453-1922

(Judge Noonan)

To whom it may concern,

I Francisco Severo Torres have been harassed by the following families' daughter's ███ and ███ and their friends and affiliates. I suspect them and their families have been calling my mother and constantly harassing her, who I fear was being threatened to make false reports against me. These harassments have resulted in my current state of displacement. I do not know if they are working together or separate and why or how they are, or have used ███ against me. Since 2016 the intensity of the violation of my solitude has only gotten worse. Them, and their associates have been logged by me on my voice recorder on my phone since my recent unjustified displacement, as well as before it, I can say honestly I have no friends (because anyone from my past I suspect are involved with them against me, -and I have not looked at their social media pages since the last time I contacted any of these women 4+ years. Them and their families are constantly watching me, and I do not know how involved my own flesh and blood is with helping them track me or keep the secret of stealing my artwork from me, when I went to Los Angeles, California in hopes to sell my art I saw all three of them at separate times on more than one occasion, I was completely homeless and my phone was not working right, my phone is still not working correctly. The word on the streets is a term, and how police get an idea of what is really going on, my ears were open, and the word on the street has been that them and their families, and my family has been stealing my artwork and intellectual properties from me, as well as intimidating people who would help me get my rights to my artwork. My backpack with my entire portfolio of work (Art, USPTO paperwork for Swipe Shoppe, and personal items were stolen from me On the 5th of December 2016 between the hours of 12 am and 3 am as I slept in my usual spot in front of the Red Bird Inn on Second street off of Downtown LA {that is the area where the police instructed me to sleep since I was not in the trusting mood, and there are lots of homeless people who do the same out there every day} I made an official police report by the 5th or 6th street department hqs after being instructed to do so by the authorities. Talk in the street was that I have a daughter or son with one of these women who they were claiming was the creator of my actual art pieces, but the word from people working, or who I assume work for them against me would pass me in the street and murmur instigations about how I would never be considered the artist, as well as how they [my family and these families (as well as people from or who are associated with them) ] would change who they said the actual artist was {of my art} to try and make me think I was going crazy. They have made in passing in person - (from cars mouthing off), -and mostly in cars as I kept to myself in my house all day doing my physical therapy: Threats of violence (associates of them, not them directly that I can prove [of the first names listed above]), Statements of how they will keep me from my physical therapy, I suspect them and their friends have been let in my house at ███ ███ through intimidating ███ have had extreme amounts of unexplainable abuse added to my face and body this year and last, I have the scars to prove it, ███ has admitted inadvertently to being intimidated by these people and their families [and acknowledged how the noise intimidation was undeniably getting to both of us], I suspect they have even bought houses around my house to elevate the level of intimidation and harassment, I have seen them, and people from my all my years of life at the MIHN house in the driveway mouthing off intimidations at my house (seen from my kitchen windows) It was a constant threat all year [during my physical therapy the screams from passing vehicles was undeniable and it would be happening at random times all day, and them and their families and associates are always and have always been intimidating me because I am (and go by Artist anonymously to the public) my social media accounts have been hacked to the best of my knowledge, a very large percentage of this town is keeping it all a secret and I know they have been bribed or intimidated to keep me from my livelihood ███ ███. I suspect them and their families, and my family have been in control of my internet (social media, emails, phone calls, texts) to the best of my knowledge since my Instagram got popular {using fake lies such as mental health issues [which, if I have been labeled with any, I never told anyone about; I am fully intend to pursue a medical malpractice suit against whoever labeled me with such issues [this is no excuse and all I have ever heard was excuses being made to ███ who has been used by all these groups against me directly ( but, what would you do if thousands of people were trying to control you?) } , their friends and them have been in too many places at the same time as me, They use ███ to set up them being seen by me I have witnessed too many occurrences and ███ attitude only got worse throughout the year —as the phone calls got more intense, this has been over three to four years of insanity, I am one man so this is difficult and I suspect they have done more than just adding injections of fattener or an inflammatory substance to my face, I fear my doctor has been bribed to slow down my progress as well, she only ever suggests I get a mental evaluation, and acts like the art I've shown her 3 times now is new to her every time I show her examples of it, you can do what you want about this, but it is an official complaint, I have nowhere to go and nothing to do, I have scars on my body from these people and I am marked for life, they use ███ against me, I could have been in my schedule in bed by 10 and up by 3 am, and have my PT done in the early morning and out in society making volunteer hours happen, making my art more known, networking with people to prove who I am, and so on and so forth.. I have a picture of my core from august 3rd 2017 and to this point I have done more work and ate the same amounts, I suspect I have been assaulted by them more than once a week by forcing their way into my house, I have heard whoever represents them talking to ███ on the phone about how I will never eat clean and they will keep me from it, that I will never be considered the Artist, and that I would be too good looking and that's why they had to do to what they did to my face, this is on record with my Doctor three or more times this year and recently on the 27th of October with a Leominster Hospital Dermatologist. Flash photography has been used so much on me at this point my migraines from my car accident are never ending and my eyes are so irritated, I have to wear sunglasses all the time now. Like I said a large percentage of this town is keeping the secret and I am out in the street, I'm seeking justice for damages and lost time, money wise. So, how do I get a restraining order against thousands of people?

Sincerely,

Francisco Severo Torres

Artist, Inventor, Writer

Rhetorical Question.

November 13, 2017

November 13, 2017

11/13/2017

GOVERNMENT EXHIBIT

15