JS 45 (5/97) - (Revised U.S.D.C. MA 3/25/2011)

**Criminal Case Cover Sheet**                                   **U.S. District Court - District of Massachusetts**

**Place of Offense:**          **Category No.** II          **Investigating Agency** FBI

**City** Boston                  **Related Case Information:**

**County** Suffolk               Superseding Ind./ Inf. _____          Case No. _____
                                 Same Defendant X          New Defendant _____
                                 Magistrate Judge Case Number 23-MJ-5115-JGD
                                 Search Warrant Case Number _____
                                 R 20/R 40 from District of _____

**Defendant Information:**

Defendant Name    Francisco Severo Torres          Juvenile:    ☐ Yes  ☑ No

Is this person an attorney and/or a member of any state/federal bar:    ☐ Yes  ☑ No

Alias Name _____

Address    (City & State) Leominster, MA

Birth date (Yr only): 1990   SSN (last4#): 7739   Sex M     Race: _____   Nationality: _____

**Defense Counsel if known:**    Joshua Hanye          Address  Federal Public Defender's Office

**Bar Number** _____                                   51 Sleeper Street, 5th Floor
                                                        Boston, MA 02210

**U.S. Attorney Information:**

**AUSA**    Elianna J. Nuzum          Bar Number if applicable    663354

**Interpreter:**    ☐ Yes  ☑ No          List language and/or dialect: _____

**Victims:**    ☑ Yes  ☐ No   If yes, are there multiple crime victims under 18 USC§3771(d)(2)    ☐ Yes  ☑ No

**Matter to be SEALED:**    ☐ Yes  ☑ No

☐ Warrant Requested          ☐ Regular Process          ☑ In Custody

**Location Status:**

**Arrest Date** _____

☑ Already in Federal Custody as of    03/05/2023    in    FMC Devens   .
☐ Already in State Custody at _____   ☐ Serving Sentence   ☑ Awaiting Trial
☐ On Pretrial Release:    Ordered by: _____   on _____

**Charging Document:**    ☐ Complaint          ☐ Information          ☑ Indictment

**Total # of Counts:**    ☐ Petty ———   ☐ Misdemeanor ———   ☑ Felony  1

Continue on Page 2 for Entry of U.S.C. Citations

☑  **I hereby certify that the case numbers of any prior proceedings before a Magistrate Judge are accurately set forth above.**

Date:    09/27/2023          ☩          Signature of AUSA: Elianna J. Nuzum

JS 45 (5/97) (Revised U.S.D.C. MA 12/7/05) Page 2 of 2 or Reverse

**District Court Case Number** (To be filled in by deputy clerk): _____

**Name of Defendant**    Francisco Severo Torres _____

### U.S.C. Citations

| | **Index Key/Code** | **Description of Offense Charged** | **Count Numbers** |
|---|---|---|---|
| Set 1 | 49 U.S.C. § 46504 | Interference and attempted interference with flight crew and flight attendants | 1 |
| Set 2 | | | |
| Set 3 | | | |
| Set 4 | | | |
| Set 5 | | | |
| Set 6 | | | |
| Set 7 | | | |
| Set 8 | | | |
| Set 9 | | | |
| Set 10 | | | |
| Set 11 | | | |
| Set 12 | | | |
| Set 13 | | | |
| Set 14 | | | |
| Set 15 | | | |

**ADDITIONAL INFORMATION:** _____

USAMA *CRIM* - Criminal Case Cover Sheet.pdf 3/4/2013