UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| | ) |
| v. | ) |
| | )   1:23-cr-10259 |
| FRANCISCO SEVERO TORRES, | ) |
| | ) |
| Defendant | ) |

**MOTION TO SEAL**

Francisco Severo Torres, by and through undersigned counsel, hereby requests permission to file a Joint Motion for Continued Hospitalization under seal as it contains confidential medical information. The parties have conferred pursuant to Local Rule 7.1(a)(2) and the Government assents to this request.

Respectfully submitted,
FRANCISCO SEVERO TORRES
by his attorneys

*/s/ Allen Franco*
Allen Franco
Allen_Franco@fd.org

*/s/ Joshua R. Hanye*
Joshua R. Hanye
Joshua_Hanye@fd.org

Federal Public Defender Office
51 Sleeper Street, 5th Floor
Boston, MA 02210
617-223-8061

## Certificate of Service

    I, Allen Franco, hereby certify that this document was this day filed under seal and that a copy was emailed directly to counsel of record for the government.

Date: February 27, 2024                                */s/ Allen Franco*
                                                                                      Allen Franco