UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | 23-CR-10259-PBS |
| | ) | |
| | ) | |
| FRANCISCO SEVERO TORRES | ) | |

### ASSENTED-TO MOTION TO SCHEDULE COMPETENCY HEARING

Now comes the defendant Francisco Severo Torres with the assent of the government and moves this Honorable Court to schedule a Competency Hearing pursuant to 18 U.S.C. § 4241. The parties and the Court are in receipt of the September 4, 2024 Competency Restoration Report from the Bureau of Prisons evaluator. The defense must now review the report and consult with their own independent evaluator, which requires the preparation of an additional expert contract. In order to allow sufficient time for the defense to prepare for a competency hearing, including utilizing the services of an independent expert, the defense requests that the hearing be scheduled for November 1, 2024. The parties have conferred and the government assents to the hearing being scheduled on that date.

Respectfully submitted,
FRANCISCO SEVERO TORRES
by his attorney
*/s/ Joshua R. Hanye*
Joshua R. Hanye
FEDERAL PUBLIC DEFENDER OFFICE
51 Sleeper Street, 5th Floor
Boston, MA 02210
617-223-8061

## Certificate of Service

  I, Joshua R. Hanye, hereby certify that this document was this day filed through the ECF system and will be sent electronically to the registered participants as identified on the Notice of Electronic Filing ("NEF").

Date: September 20, 2024               */s/ Joshua R. Hanye*
                                 Joshua R. Hanye